JUDGE GARDEPHE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

                                :   INDICTMENT

      - v. -

MAALIK ALIM JONES,               :

         Defendant.     :

- - - - - - - - - - - - - - - - X

**ORIGINAL**

**16 CRIM 019**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 11 2016

<u>COUNT ONE</u>

(CONSPIRACY TO PROVIDE MATERIAL SUPPORT
TO A FOREIGN TERRORIST ORGANIZATION (AL SHABAAB))

    The Grand Jury charges:

    1.   From at least in or about July 2011, up to and including in or about December 2015, in an offense occurring in and affecting interstate and foreign commerce, and begun and committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, and others known and unknown, knowingly and willfully did combine, conspire, confederate and agree together and with each other to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to a foreign terrorist organization, namely, al Shabaab, which was

designated by the United States Secretary of State as a foreign terrorist organization on or about February 26, 2008, and is currently designated as such as of the date of the filing of this Indictment.

2.   It was a part and an object of the conspiracy that MAALIK ALIM JONES, the defendant, and others known and unknown, would and did provide al Shabaab with material support and resources, including personnel, knowing that al Shabaab was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that al Shabaab engages and has engaged in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Shabaab engages and has engaged in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

### Overt Acts

3.   In furtherance of the conspiracy and to effect the illegal object thereof, MAALIK ALIM JONES, the defendant, and others known and unknown, committed the overt acts set forth below, among others:

a.   In or about 2011, JONES, a United States citizen, traveled from the United States to Somalia via Morocco, the United Arab Emirates, and Kenya, for the purpose of joining

2

al Shabaab.

        b.    In or about 2011, JONES attended an al Shabaab training camp in Somalia.

        c.    In or about 2012, JONES engaged in combat on behalf of al Shabaab against soldiers of the Kenyan Government in Somalia.

        d.    From in or about 2011 through in or about 2015, on multiple occasions, JONES carried an AK-47 assault rifle while engaged in activities on behalf of al Shabaab in Somalia.

(Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(A), (d)(1)(C), (d)(1)(E), (d)(1)(F), and 3238.)

### COUNT TWO

### (PROVISION OF MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION (AL SHABAAB))

The Grand Jury further charges:

4.    From at least in or about July 2011, up to and including in or about December 2015, in an offense occurring in and affecting interstate and foreign commerce, and begun and committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, knowingly did provide and attempt to provide "material support or resources," as that term is defined in Title 18,

3

United States Code, Section 2339A(b)(1), including personnel, to a foreign terrorist organization, namely, al Shabaab, which was designated by the United States Secretary of State as a foreign terrorist organization on or about February 26, 2008, and is currently designated as such as of the date of the filing of this Indictment, knowing that al Shabaab was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that al Shabaab had engaged and was engaging in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Shabaab had engaged and was engaging in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), to wit, JONES traveled from the United States to Somalia to join al Shabaab, and after joining, JONES received military training and engaged in armed conflict on behalf of al Shabaab, among other things.

(Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(C), (E), and (F), 3238, and 2.)

### COUNT THREE

**(CONSPIRACY TO RECEIVE MILITARY-TYPE TRAINING FROM A FOREIGN TERRORIST ORGANIZATION (AL SHABAAB))**

The Grand Jury further charges:

5. From at least in or about July 2011, up to and including in or about December 2015, in an offense occurring in and affecting interstate and foreign commerce, begun and

4

committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, and others known and unknown, knowingly and willfully did combine, conspire, confederate and agree together and with each other to commit an offense against the United States, to wit, to receive military-type training from and on behalf of al Shabaab, which was designated by the United States Secretary of State as a foreign terrorist organization on February 26, 2008, and is currently designated as such as of the date of the filing of this Indictment, in violation of Section 2339D of Title 18 of the United States Code.

6. It was a part and an object of the conspiracy that MAALIK ALIM JONES, the defendant, and others known and unknown, would and did receive military-type training from and on behalf of al Shabaab, knowing that al Shabaab was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339D(c)(4)), that al Shabaab had engaged and was engaging in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Shabaab had engaged and was engaging in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of

5

Title 18, United States Code, Section 2339D.

Overt Acts

7. In furtherance of the conspiracy and to effect the illegal object thereof, MAALIK ALIM JONES, the defendant, and others known and unknown, committed the overt acts set forth in paragraph 3 above, which are fully incorporated by reference herein, among others.

(Title 18, United States Code, Sections 371, 2339D(a), (b)(1), (b)(3), (b)(5), (b)(6), and 3238.)

**COUNT FOUR**

**(RECEIPT OF MILITARY-TYPE TRAINING FROM A FOREIGN TERRORIST ORGANIZATION (AL SHABAAB))**

The Grand Jury further charges:

8. From at least in or about July 2011, up to and including in or about December 2015, in an offense occurring in and affecting interstate and foreign commerce, begun and committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, knowingly and willfully received military-type training from and on behalf of al Shabaab, which was designated by the United States Secretary of State as a foreign terrorist organization on February 26, 2008, and is currently designated as such as of the date of the filing of this Indictment, knowing

6

that al Shabaab was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339D(c)(4)), that al Shabaab had engaged and was engaging in terrorist activity (as defined in section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Shabaab had engaged and was engaging in terrorism (as defined in section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), to wit, JONES received training in the use of explosives, firearms, and other weapons, from other members of al Shabaab.

(Title 18, United States Code, Sections 2339D(a), (b)(3), (b)(5), (b)(6), and 3238.)

### COUNT FIVE

### (POSSESSING, CARRYING, AND USING FIREARMS DURING AND IN RELATION TO A CRIME OF VIOLENCE)

The Grand Jury further charges:

9. From at least in or about July 2011, up to and including in or about December 2015, in an offense begun and committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, willfully and knowingly, and during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the offenses charged in Counts One through Four of this Indictment, did use and carry a firearm

7

and, in furtherance of such crimes, did possess, carry, and use a firearm, and did aid and abet the use, carrying, and possession of a firearm in Somalia, to wit, an AK-47 assault rifle that was capable of automatically firing more than one shot without manual reloading by a single function of the trigger, rocket-propelled grenades ("RPGs"), and other weapons.

(Title 18, United States Code, Sections 924(c)(1)(A)(i),
(A)(ii), (A)(iii), (B)(i), (B)(ii), 3238, and 2.)

### FORFEITURE ALLEGATION

10. As a result of committing the offenses charged in Counts One and Two of this Indictment, MAALIK ALIM JONES, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) & (G) and Title 28, United States Code, Section 2461(c), all assets, foreign and domestic, derived from, involved in, and used and intended to be used to commit a federal crime of terrorism against the United States, citizens and residents of the United States, and their property to the commission of the offenses alleged in Counts One and Two of the Indictment and all property, real or personal, constituting or derived from proceeds traceable to the offenses

alleged in Counts One and Two of this Indictment.

(Title 18, United States Code, Sections 981(a)(1)(G) and 2332b(g)(5), and Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

MAALIK ALIM JONES,

Defendant.

---

INDICTMENT

16 Cr. ___

(Title 18, United States Code, Sections 2339B, 371, 2339D, 924(c), 3238 & 2; and Title 28, United States Code, Section 2461.)

*[signature]*
Foreperson.

PREET BHARARA
United States Attorney.

---

1/11/16 - Filed Indictment
 ae     Case assigned to J. Gardephe.
        J. Frances
         USMJ