

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2017

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* **v.** *Maalik Alim Jones*,
             16 Cr. 019 (PGG)

Dear Judge Gardephe:

       The Government respectfully writes on behalf of the parties to request a a three-week adjournment of the current pre-trial motion schedule in the above-captioned case. As the Court is aware, the parties are currently engaging in discussions concerning a pre-trial disposition and believe that a resolution may be reached in the near future. Accordingly, the parties respectfully request that the pre-trial motion schedule be adjourned three weeks, such that the defendant's motion is due on April 4, 2017; the Government's opposition to the defendant's motion is due on April 18, 2017; and the defense reply, if one is made, is due on April 25, 2017.

The Government has conferred with Sean Maher, Esq., counsel for the defendant, who consents to this request in its entirety on behalf of the defendant.

As always, the undersigned are available to answer any questions the Court may have.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

By:    /s/ Shawn G. Crowley
        Shawn G. Crowley / Andrew J. DeFilippis
        Assistant United States Attorney
        (212) 637-1034/ 2231

Cc:    Sean Maher, Esq.
        Attorney for Defendant Maalik Jones