UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/17

UNITED STATES OF AMERICA

– v.–

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a conference in this action on **April 10,**

**2017 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40

Foley Square, New York, New York.

It is further ORDERED that the due date for Defendant's motion is adjourned sine

die and will be discussed at the next conference.

Dated: New York, New York
April 5, 2017

SO ORDERED.

Paul G. Gardephe
United States District Judge