```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

MAALIK ALIM JONES,

           Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

After consultation with the parties at the April 18, 2017 conference, it is hereby ORDERED that the following schedule will apply to Defendant's pre-trial motions:

1. Defendant's motions are due on **May 19, 2017**;

2. the Government's opposition is due on **June 9, 2017**; and

3. Defendant's reply, if any, is due on **June 19, 2017**.

It is further ORDERED that pre-trial submissions in this matter – motions in limine, proposed voir dire, and proposed requests to charge -- are due on **September 18, 2017**, with responsive papers due on **October 2, 2017.**

It is further ORDERED that trial in this matter will begin on **December 4, 2017**, at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 2, 2017

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge