March 19, 2018

**VIA ECF**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

    RE:    *United States v. Maalik Jones*, 16 Cr. 00019 (PGG)

Dear Judge Gardephe:

    I respectfully write to request that the sentencing hearing scheduled for April 5, 2018 be rescheduled for a date on or between May 28-31, 2018 and that the deadline to file sentencing submissions be extended to a date two weeks before any rescheduled sentencing hearing.

    I make this request because I currently am on trial as standby counsel in the matter of *United States v. Michael Little*, 12 Cr. 647 (PKC), which is anticipated to last until April 6, 2018 or potentially later. I need the adjournment to both complete the preparation of Mr. Jones' sentencing submission and to make sure that I am personally available to attend the sentencing hearing.

    I have conferred with the government about my request to adjourn the sentencing hearing and related deadlines as described above. AUSA Shawn Crowley has informed me that the government objects to my request.

    Respectfully submitted,

    _____/S/_____
    Sean M. Maher
    *Counsel for Maalik Jones*

cc:    Opposing counsel via ECF