# Exhibit A

5/14/18

Dear Judge Gardephe:

I want to first express my sencere and profound remorse for taking part in these crimes. I am sorry to all the people who have been hurt by my actions including my children and family. I was wronge and acknowledge that no words can make up for my criminal actions.

I left the United States and got involved with al-shabaab because I had a misguided belief that innocent people in Somalia were sufferring and it was my religious obligation to help them fight their oppressors.

While in Somalia I learned some very hard lessons. I learned how wronge my misguided views and perspectives were. There was no religious obligation to use violence and I was wronge to think that my religion sanctioned the violence used by al-Shabaab. I was wronge to ever join al-Shabaab.

I left al-Shabaab because I didn't agree with their ways anymore. They were harsh people and did alot of wronge to their own people. They were also corrupt. I didn't think that violence was the solution anymore and I didn't want any part in what they were doing.

I made the decision to flee al Shabaab. I escaped with the clothes on my back wandering for days without food. I didn't flee to join Isis - I fled to get away.

While in solitary confinement on 10 south for two years, I became severely depressed. One year on 10 south is like a lifetime in normal prison. You don't see a light at the end of the tunnel. All you see is darkness.

I know that I am facing decades in prison for my actions. Besides apologizing again for what I've done, I can promise that I will never again comit any acts of terrorism and will never again allow my religion to be used to justify violence of any kind.

Maalik Jones

# Exhibit B

Letter of Baiyina Jones

Hi Judge Gardephe, it would be nice to meet you in person in order to say what follows, but this impersonal communication will have to suffice. Up to this moment, this has been the most important letter that I've had to write in my life...but

I don't know what to say...
I didn't even know how to start.. *Hello* seemed too formal, and *Dear* was just too "regular" - you'd've read right over that...so I picked Hi because that's what I would say if it was just you and me and we were talking about Mow...that's our family nickname for Maalik. I wanted my greeting to you to convey that you are getting the real me because I want to connect with the real you...the **person** who wears the gown and holds the gavel...whose family has a nickname for him.

Tradition dictates that I tell you the about when I saved my brother's life. He was about 11 and I was maybe 15 and I came into the kitchen as he was choking on leaf from an under-cooked broccoli stalk...so I yelled "Mow! Are you choking!?" and I gave him the heimlich. I'd never done the heimlich before or after that...and as a matter of fact, I was so filled with Adrenaline that I dropped him as soon as the food came out and ran upstairs to my mother to tell her that I had saved his life. I laugh now because She asked me "Where is he?" and that's when I realized that I forgot about him in my adrenaline rush , so I ran back downstairs to check on him.

I don't know what moves you, when you get these letters from peoples' family, and people are trying to sway you so that you will have mercy on their loved ones. And I don't know if it works, but this is my part to play so I'm playing it. Obviously, I love my brother. WARNING: Cliche phrase follows - "If you had met him under different circumstances...you'd love him too"..or maybe you wouldn't. But, if you could witness our interaction, you would see why I love him.

I don't know how much it helps for you to know that he is a kind person who takes care of other people, that he gifted me a car for my college graduation present, that he was the one in our house who took care of the pet cats that we used to keep for our perpetual mice infestation, that he used to call me to help me stay awake when I was working overnight.

I don't know if it helps Mow for you to know that our childhood was traumatic. We are all still recovering from the damages that were done to us as kids. It's to the point that we don't meet, all of us, all together, like get together and reunions, because for us, being together reminds us when we were kids, and we are all still running from and suppressing those memories. So, we love each other, no doubt, but normal stuff like family dinner psychologically pushes us back to a setting of dysfunction, and we avoid it. And of course, it's hard and hurtful to think about it now as I'm writing, but it's worth it if it's gonna help Mow.

I don't know how to tell you that the abuse in my family is generational. that my parents were abused as kids and they abused us as kids and that now, I have to let my kids run all over top of me so I can be 100% sure that I don't mimick that process, like I have to overcompensate, you know.

If I could make you see our filthy, dark house with no furniture and no food. In that, you'd find, Maalik, taking care of our cat and her kittens. He was/is the one who was cushioning life for others in some way.

I don't know what impact it will have for you to know that in our family, Mow is everydody's favorite. . .my mother's favorite son, the favorite brother, the kids' favorite uncle, and so on.. .but he is... We love him and we each look forward to the future when we can talk about him and talk with him in the present tense. Because now, all our stories are in past tense, like he died.


Like I said, I don't how to ask you not to send my little brother away for the rest of his life. Judge, Gardephe, Please don't send my little brother away for the rest of his life.

# Exhibit C

Letter of Tauhid Jones

When I think of Mow, I think of the father figure that I never had. I followed behind Maalik as a young kid and even as a adult. I guess, my first memory of Maalik is when he taught me how to tie my shoe. We were walking in the playground and he asked me did I knew how to tie my shoe and I told him no. He bent down and tied it and then showed me and made sure I knew how to tie my other one.  Unlike my other older brothers, Maalik and I never really got into any fights or scuffles. Growing up, before the age of I would say 12, our life was extremely hard .Our past time mostly was unsupervised activities outside, like playing in the dirty drug infested alleys in West Baltimore. We watched junkies everyday to see if they would fall to the ground from what they were high on. It didn't get any better when we were in the house due to our house being in shambles, physically. Most of the time our lights were off and the heat didn't work. We use to sit at the top of the stairs and eat the wall that had lead in it. Just thinking about what we went through brings me to tears. In all there are 10 of us children. My dad, who we hardly saw worked within the community and he also had another family that he tended to. This made us very upset because some day we didn't have anything proper to eat and our father decided to take on another family.  We had to depend on ourselves it seemed like. When I turned 16 I moved out of the house due to my father's uncontrollable anger. I had enough of the abuse that he would give us if the house was not clean or if it seemed to me that something else was bothering him. Maalik, who moved out already, said I could live with him. This impressed me even more. At that time, he was working at Walmart and I was still in school. After I finished school Maalik was working for the local electric company as a crew leader. He asked me if I wanted to work there and I told him that I couldn't wait. He trained me on how to be the best I could be at that job. We were an unstoppable team. He went on to be a truck driver but I couldn't follow him in that due to my eye being damaged. After that we maintained a close relationship and we are still best of friends. Maalik is a great person and a loving father to his children and a humble son to his parents. I owe it to him for taking the time to groom me into the man, father, son, and husband that I am today. I can honestly say that I would benefit the world greatly to have more people like my brother Maalik. If at all possible Judge Gardephe, please find it in your heart to allow my family to be with my brother once more. Thank you.

# Exhibit D

# Exhibit D

In the Name of God, Most Gracious, Most Merciful

Dear Judge Gardephe,

  I am the mother of Maalik Alim Jones. I named him – "The Owner of Spiritual Knowledge." He is the eighth child in physical order, but I confess he has always been the most gentle and caring of all my boys; towards not only me, but also any kitten that needed a home. We, as a family, would not be mistaken to call him "Father of the Kittens." He had cat who was pregnant, and while he was in school, her delivery time came. And what better place to deliver her loved ones than the bed of the one she felt who loved her the most .. Maalik. Among the other ones in charge of her, he cleaned his bed with loving care and did not even flinch at the mess – Awesome.

  Once, when one of my grandchildren was afflicted with brain cancer at the time I was living in another state, being divorced from my husband after 30 years of difficult conditions, not entirely of our making, To proceed, I was disconnected from the affairs of my relatives in Maryland until Maalik called me and informed me that my 4 year old grandchild had brain cancer and was in the hospital undergoing multiple surgeries. He said that it was important that I return to Maryland to assist his brother's family during this extremely trying time. He said that he would be on the way to get me, so I should start packing right away. He had now asked of me one thing…unconditional support for someone else in need, even though the family of the child were too shy to ask for ask for it themselves. As a teen, he was asked to lead the youths in our community and did it, even though he has always been extremely soft-spoken and kind. His manners are nothing other than one of a role model.

  Maalik has always been there for any of us who have needed a helping hand. Even though, as a family, our physical link has been broken, the moments we shared with him during our times of tears and laughter has helped us have patience and helps not complain about what is decreed. He has always been there for those in the most need. And God will surely have mercy on him, through you perhaps, because God is merciful to the merciful.

  If it is the will of the Creator that we as a family will never be reunited in this life, the ones who obey God will be together in the next life. . .The true life of eternity. Thank you for reading this. I pray with an open heart and may the Creator of Us all help you come to a just decision.


Sincerely,

Mom of Maalik Alim