# THE LAW OFFICES OF SEAN M. MAHER, PLLC

May 18, 2018

**VIA ECF**

Honorable Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

      **RE:**    *United States v. Maalik Jones*, **16 Cr. 00019 (PGG)**

Dear Judge Gardephe:

      In connection with Mr. Jones' sentencing hearing, please find attached three additional letters of support that I recently received. The letters are marked as Exhibits G-I.

                                                    Respectfully submitted,

                                                    _____/S/_____
                                                    Sean M. Maher
                                                    *Counsel for Maalik Jones*

cc:      Opposing counsel via ECF