

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 23, 2018

**BY EMAIL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
  United States Courthouse
40 Foley Square, Chambers 2204
New York, New York 10007

**FILED UNDER SEAL**

        Re:    **United States v. Jones**,
                  S1 16 Cr. 19 (PGG)

Dear Judge Gardephe:

      The Government writes to respectfully request that the Court remove from the public docket the four exhibits to the Government's May 22 sentencing submission. Earlier today, the FBI informed the undersigned that certain internal FBI information should have been redacted from those exhibits prior to public filing. If the Court agrees to remove the exhibits, the Government will file them in lightly redacted form.

      The Government also respectfully requests that this letter be maintained under seal until the exhibits have been removed from the public docket, if the Court agrees to do so.

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                         By:    <u>/s/ Shawn G. Crowley</u>
                                    Assistant U.S. Attorney
                                    212-637-1034

cc:    Sean Maher, Esq.

**SO ORDERED:**

*[signature]*
**Paul G. Gardephe, U.S.D.J.**
May 24, 2018