# Exhibit B



**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

Houston Field Office
1 Justice Park Drive
Houston, TX 77095-1908

| | |
|---|---|
| File Number: | |
| Requesting Official(s) and Office(s): | SA Brendan Mooney, New York Division |
| Task Number(s) and Date Completed: | 3/15/2018 |
| Name and Office of Linguist(s): | |
| Name and Office of Reviewer(s): | |
| Source Language(s): | Swahili |
| Target Language: | English |

Source File Information
Name of Audio File:            009.MP4
Duration:                      00:11:27

## VERBATIM TRANSCRIPTION

**Participants:**

| | |
|---|---|
| SA | Special Agent |
| CK | Captain Korir [PH] |

**Abbreviations:**

| | |
|---|---|
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [OV] | Overlapping Voices |
| [PH] | Phonetic |

"Underlined text does not denote any special emphasis. It is used exclusively for foreign language identification."

SA: Hello Captain Korir [PH]. A trial is taking place in the United States regarding the attack on Mpeketoni that occurred in June of 2014, and the attack on the KDF Camp located in Baure, Kenya in June of 2015. An American has been convicted—the—of this crime and is to be sentenced. This is your opportunity to tell the Judge how the attack has affected you and changed your life. Please feel free to tell your story and to say what--what you would like the Judge to know.

CK: Uh—Hello. I'm Captain Kuria [loud bang], a--Kenyan Officer, trained in Kenya. I was recruited uh--in the KDF [Kenyan Defense Forces] uh--shortlisted uh--October 2007, [background noise] but I went for my basic training--and uh--later on after completion of Cadet's Training, I was posted to Fifth Battalion [loud bang] [IA]. I have worked there severally. I have undertaken several operations--and uh--some have been challenging and others have not been as challenging as others, but uh--what I can say concerning the Baure attack, [loud bang and clicking sound]--it was on a--it was uh—in mid-June 2015--at the break of dawn--uh--when our Camp was stormed by militants that are al-Shabaab, where we had been uh--we had been deployed there early that year, that is uh--early January 2015. [pause] When we were stormed at Baure Military Camp, the quantum—qua--quantum of fire was quite big and it really affected us, however, we managed to repel the attack and uh---we killed several militants, others were maimed and as well, s-s-some of my soldiers and I included, were injured and others lost their life [door opening]. We did the first aids to them who were injured, I included, and then we did a—a--battle damage assessment, so what had happened, what we lost, uh--what we had done--and at that point, that's when we collected evidence of them—that—who had come to the Camp. Among the things that--we got, uh--there was a video camera, uh [pause] there was uh--the flags, they had two flags, they had flashlights, [pause] very sharp long knives, uh--weapons, armor [pause] and such. I gathered uh--the evidence, as they were being brought to me by soldiers, [noise] and I flew with them to Manda Bay, when we were flown there uh--for further treatment after first aid, where I handed them over uh--to my seniors, [noise] [pause] and later on we were airlifted to Nairobi, uh—where [loud bang] we got medication [pause]. This--this--this was one of the most trauma-traum-trauma-traumatizing days that I've experienced [noise]. One, [pause] apart from me being injured, there is the issue of my soldiers, uh--fully traumatized, others, they lost their life. [pause] Up to date, it's very sad to know some were very young, newly married, they had spouses who were looking upon them, others--they had very young kids. The kids will no longer have a father. They will forever remember they lost their father [pause] and through means that were never justified. Their education fully affected [pause] [OV]. Their feeding will somehow forever be a--a challenge because the fathers were the breadwinners. They cannot be able to compare themselves with other kids. As they go to school, they see kids with their fathers, [pause] it's—it's just--sad for them. [car driving by] I really feel for them because they cannot explain, they don't know, they ju-just find themsel-themselves in a situation that they would not wish to; [door opening] the sufferings--that they had no ways to control. Their mothers can only turn and cry. They no--don't have much they can say and

                question God why it had to happen, it is that sad. [OV] We have some of us who were injured [pause] not only physically [door opening] but also psychologically. [OV] These are things that will keep on [loud bang] haunting us. [OV] Nightmares will forever be part of us, [OV] [door opening] just to remember that day. [shushing] [door closing] Some of the soldiers [loud bang] were injured up to date they are still attending clinics, they cannot walk [pause] and--it's--[loud bang] too bad for them. People who could think--do things for themselves [noise] [pause] but they can no longer do [noise]. They could walk [OV] long distances. They could do exercises--with the rest of the--company; the rest of the soldiers--it was their joy--they can no longer do that. [pause] It's really sad. [cellphone rings] They have their families [noise] who will keep on questioning them, "Why should they still be in Kenya Defense Forces, yet they were injured there?" It builds pressure to them because they still have to fight on [noise] to feed their families. [pause] There are kids who knew their dads as fit [pause] and normal soldiers--normal men. They are just ever worried to see their dads limping, others with scars, injuries [noise]. They were also affected--traumatized, [vehicle driving by] indeed I think even in the future, such people will forever be afraid of the Forces which in turn will affect our country, uh--and the security at large. I in person, it took me over four months [pause] to recover. Just sad my kids had to keep on asking me, "Dad, Dad, Dad why—why are you going to hospital? Are you going back to the same place? Are you leaving us?" and--just sad [pause] because, up to date, they always see soldiers going to get killed in battlefield. They have that--already in their mind. It is becoming a challenge to us to convince them it is a job in Kenya, though it is a profession like any other, and anything can happen to you wherever you are--not necessarily that day you are supposed to be--while you are in battlefield, that--that's when you suffer such. [pause] I was a super fit officer, I could do my runs every morning [pause], I could do my exercises. Being a Company Second in Command, I was in charge and I am still in charge of training--but it is worrying when you train people when you cannot do fully what you are supposed--you cannot lead by example. That is--not the best thing--not the best life I would--that's not the best thing I would like to offer to my soldiers [noise]. Sometimes--I try [opening door] I get--do runs [loud bang] [pause] the injuries and scars–they occur. [pause] This-this not a thing that will fade away--my life. I know the families of my soldiers--who lost their life--who were injured. I and the rest of the Company, the soldiers we were with, our lives will never be the same again, it will never be, it will never be, it will never be agai--be the same again. It was unwarranted. [pause] We were in line of duty doing what we are supposed to do, and I think such people--need extensive counselling and be guided. Terrorism--helps no one. It's just a lying mind that you will achieve [pause] but you are doing more harm--more and more harm than any good to yourself. That's what I can say, but it is so sorry–that I have to remember every morning about that day. Thank you.

SA:            Thank you.

                              [End of recording]