# Exhibit C

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



Houston Field Office
1 Justice Park Drive
Houston, TX 77095-1908

| | |
|---|---|
| File Number: | ▮▮▮▮ |
| Requesting Official(s) and Office(s): | SA Brendan Mooney, New York Division |
| Task Number(s) and Date Completed: | ▮▮▮▮ 3/15/2018 |
| Name and Office of Linguist(s): | ▮▮▮▮ |
| Name and Office of Reviewer(s): | ▮▮▮▮ |
| Source Language(s): | Swahili |
| Target Language: | English |

Source File Information
Name of Audio File:   011.MP4
Duration:   00:04:40

## VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| SA | Special Agent |
| JW | Senior Sergeant Jerome Waikwa [PH] |

**Descriptions:**

| | |
|---|---|
| *Italics* | *English* |

**Abbreviations:**

| | |
|---|---|
| [PH] | Phonetic |

"Underlined text does not denote any special emphasis. It is used exclusively for foreign language identification.

SA: *Hello Jerome Waikwa [PH].*

JW: *I have that name.*

SA: *A trial is taking place in the United States regarding the attack on Mpeketoni that occurred on June two--of 2014, and the attack on the KDF Camp located in Baure, Kenya in June of 2015. An American has been convicted of this crime and is to be sentenced. This is your opportunity to tell the Judge how that attack--attack has affected and changed your life. Please feel free to tell your story and say what you'll like the Judge to know.*

JW: Thank you. [clears throat] Eh--my name is Senior Sergeant Jerome Waikwa. Eh--I work in Kahawa. On the tenth and—on the 14th of June, there was an *attack* in the Baure area and—I--at the time, I was the MTO there. *So*, at *around* 5:20 a.m., we were *attacked*. I had an--APC that I had brought with me to the *side* I was guarding, and we have the other APC there. *So* at 5:20 a.m., I heard guns firing. I was sleeping next to my APC, *so* I did not waste *time*. I got up at once and got into the vehicle, started the engine, and *reversed*. As I was leaving, I started being hit by *RPGs* but I did not *panic*, I moved the vehicle and drove in the direction Al-Shabaab were firing at us from. On moving a little forward, I found that one APC had already been burned. Therefore mine was the only one left at that Camp. As I peeked again, I saw that Al-Shabaab had gotten all the way into the Camp. *So* it was me--I could not—with my *gunman*—we could not—I could not let him fire any shots, because if he fired any shots, he would be in the camp—it would—he would have killed our soldiers. *So*, I was forced to personally—with the skills I have—to chase the soldiers—I mean Al-Shabaab, and to run them over. *So* I was *fighting*; going to the end of the *defense* on that side and coming back to this side, when I got to the end I would tell the gunman to open fire, he would fire ahead and then I would ask him to stop, when he stopped I would turn the APC and go back inside the Camp. And--that is when we were able to--*at least* the battle started ceasing, and it was dawn. [noise] Uh--Another thing is that, those soldiers we were with; several soldiers in *Section* One. It was--destroyed at the location where those criminals came in. That whole *Section* was destroyed and that is where they found an opening to get inside. Beginning then, uh--I started putting up end to end *oral defense,* so that our soldiers who were injured could—could be given *first aid* as we waited for the aircraft to come and take them somewhere else. *So* what I would like to say is that the Al-Shabaab battle affected us very badly, because for example personally I had a soldier who was a colleague and a really good friend, and he was killed right there-there-there. Even that thing today—to this day I remember them. *So*, if you look at their families back at home, it is not like they are--still in the same spirits they were in when they were—*maybe*--with their families; their lives have become difficult because, that soldier was the one who was depended on to bring food there and to educate the children. Now you find that family has no one to help them. Another thing on my part, I had an *uncle* who we loved each other very much., and if you look for example there in the Baure area, there is no—there is no *network, so* when they

        heard that area was hit and I was there, to this day, his blood sugar went up. To this day we are always at the hospital--just at the hospital. A month does not go by when you hear it has gone up, tomorrow it is low, *so* that is the problem we have there.  *So*, the only thing I would request--our soldiers who were killed, because many were killed and they were friends, and we worked with them since that *Operation* began. Their families were *affected* immensely and--there is nothing else I can add, if they can be helped.

SA:        *Thank you.*

JW:        *Okay, thank you.*

                              [End of recording]