# Exhibit D

██████████ / ██

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



Houston Field Office
1 Justice Park Drive
Houston, TX 77095-1908

File Number: ████████████

Requesting Official(s) and Office(s): SA Brendan Mooney, New York Division

Task Number(s) and Date Completed: ██████████ 3/15/2018

Name and Office of Linguist(s): ███████████████████

Name and Office of Reviewer(s): ████████████████████

Source Language(s): Swahili

Target Language: English

Source File Information
Name of Audio File: 013.MP4
Duration: 00:03:29

### VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| SA | Special Agent |
| AS | Sergeant Abdi Samaan [PH] |

**Abbreviations:**

| | |
|---|---|
| [PH] | Phonetic |
| [OV] | Overlapping Voices |

"Underlined text does not denote any special emphasis. It is used exclusively for foreign language identification."

██████████ / ██

███████████/██████

SA:        *Hello, Sergeant Samaan* [PH]. *A trial is taking place in the United States regarding the attack on Mpeketoni that occurred on June of 2014, and the attack on the KDF* [Kenya Defence Forces] *Camp located in Baure, Kenya in 2015. An American has been convicted of this crime, and is to be sentenced. This is your opportunity to tell the Judge how that attack has affected you and changed your life. Please feel* [phone ringing] *free to tell your story and say what you would like the Judge to know.*

AS:        My name is [phone ringing] Abdi Samaan, I am in the--5 KR [Kenya Riffles Battalion] Unit, we were at the Baure *Operation*--we were at the Lamu *Operation* beginning January 2015. *So*, there was--an *attack*--on the 14th of June 2014--2015 at about—5:20 to 5:40. They came in my *Section's* direction. I had a *Section* made up of nine people; they came there. There was an APC [Armored Personnel Carrier] close by us--they burned that APC. It resulted to—at that time, even before burning it, the way they came—they came in an *extended line* facing our Camp. We had exch—continued *exchanging fire*. We *exchanged fire*--they burned that APC and others entered the Camp. They were running as they entered. I saw a gun that had a *camera* tied to it, and it was *flashing*. *So*, I aimed my gun in that direction. I *managed* to hit that person and we hit several, but there was a *Section* of ours, *number two Section*--they destroyed it completely. That is where many of them were able to pass through, and—they killed soldiers who were there. The APC was also *patrolling* inside the Camp all the way to the outside. *So*, that is my *story* regarding Baure, but regarding--how it has *affected* me as *Section Commander*; to start with I was shot in the leg [OV], and I stayed in the hospital for two months. I left the hospital after staying for two months. [OV] Personally, it affected me very much *psychologically*, and also my family-- because, the *duties* of a man to *perform* became difficult. Even my wife and I argued--she ran away and went back to their home. Later on the elders went, talked--and brought her back--after *two months*. *So* it *affected* me and my fellow soldiers. We lost a Sergeant named Farrah, as well as other soldiers there, and all their *families* were affected; the quality of life they were living--at this time-- because those soldiers were like the *breadwinners* in those *families*. At this time, the quality of their lives has also gone down. That is all I have--that is what I can- -speak to.

SA:        *Thank you.*

[End of recording]

███████████/██████