**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2018

Caption:
United States of America v.

Maalik Jones

Docket No.: 16 Cr. 019 (PGG)
Hon. Paul G. Gardephe
(District Court Judge)

Notice is hereby given that Defendant Maalik Jones appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)
entered in this action on May 31, 2018
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |✓| trial |___| N/A |___|

Offense occurred after November 1, 1987? Yes |✓| No [ ] N/A [ ]

Date of sentence: May 29, 2018    N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed |___| N/A [ ]

Appellant is represented by counsel? Yes ✓ | No |    If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Sean M. Maher (appointed CJA in District Court) |
| Counsel's Address: | The Law Offices of Sean M. Maher, PLLC |
| | 233 Broadway, Suite 820, New York, NY 10279 |
| Counsel's Phone: | (212) 661-5333 |
| Assistant U.S. Attorney: | Andrew J. DeFilippis/Shawn G. Crowley |
| AUSA's Address: | 1 St. Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2231/1034 |

DATED 6/12/2018                    Signature