```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

           v.                           16 CR 19 (PGG)

MAALIK ALIM JONES,

               Defendant.

------------------------------x
                                        New York, N.Y.
                                        April 10, 2017
                                        10:40 a.m.


Before:

               HON. PAUL G. GARDEPHE,

                                        District Judge


                    APPEARANCES

GEOFFREY S. BERMAN
     United States Attorney for the
     Southern District of New York
SHAWN CROWLEY
     Assistant United States Attorney

SEAN MICHAEL MAHER
     Attorney for Defendant

ALSO PRESENT:  Mary Boese and Brendon Mooney, FBI
```

1     (Case called)

2     THE DEPUTY CLERK: Is the government ready?

3     MS. CROWLEY: Yes. Good morning, your Honor. Shawn Crowley for the government. Joining me at counsel table is Special Agent Mary Boese and Special Agent Brendon Mooney from the FBI.

7     THE COURT: Counsel for the defendant.

8     MR. MAHER: Yes. Good morning, your Honor. Sean Maher for Mr. Jones who is present.

10    THE COURT: At a December 19, 2016, conference, I set a schedule for defense motions due on January 31 and a trial date of May 8, 2017.

13    Since that conference, there have been four requests for extensions of the briefing schedule, which I have granted, all on the premise that the parties were discussing a possible pretrial disposition.

17    The parties recently requested a fifth extension on the briefing schedule which would have taken us out beyond the trial date. So I wanted to speak with the parties and find out what the future of the case was going to be. They proposed shifting the trial date to December, and I wouldn't do that without making sure the defendant understood the ramifications of that.

24    So, Mr. Maher, have there been any developments in the case since the last letter?

1    MR. MAHER:  Yes, there have.  At this point, I would
2    request a change of plea before your Honor or however
3    your Honor wants to proceed with that.
4             THE COURT:  We can do the plea on April 17 at
5    10:00 a.m.
6             Is that convenient?
7             MR. MAHER:  Yes, it is.
8             THE COURT:  Ms. Crowley?
9             MS. CROWLEY:  That's fine.  Judge, I'd just like to
10   add that the plea agreement that was offered and will be
11   accepted, I believe, contemplates that the defendant will be
12   waiving indictment and pleading to a superseding information,
13   just so the Court is aware of that.
14            THE COURT:  Is there anything else we should talk
15   about today?
16            MS. CROWLEY:  Not from the government.
17            MR. MAHER:  Not from the defense.
18            THE COURT:  All right.  So we'll adjourn until Monday,
19   10:00 a.m.
20            MS. CROWLEY:  Thank you, Judge.
21            MR. MAHER:  Thank you.
22            (Adjourned)
23
24
25