UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v.—

MAALIK ALIM JONES,

            Defendant.

**ORDER**

(S1) 16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On May 31, 2018, Defendant Maalik Alim Jones was sentenced to three years' imprisonment on Count One of the Superseding Indictment, two years' imprisonment on Count Two, and thirty years' imprisonment on Count Three, with all terms to run consecutively. (Judgment (Dkt. No. 87) On June 12, 2018, Defendant appealed his conviction and sentence as to Count Three. (Dkt. No. 90) Count Three was for using or carrying a firearm in relation to a "crime of violence," in violation of 18 U.S.C. § 924(c). (Superseding Indictment (Dkt. No. 71) The "crime of violence" on which Defendant's Section 924(c) conviction is predicated is conspiracy to provide material support to, and to receive military-type training from, a foreign terrorist organization. (Id.)

      On February 14, 2020, the United States Court of Appeals vacated Count Three in light of the Supreme Court's decision in United States v. Davis, 139 S. Ct. 2319 (2019), and remanded the case for resentencing on Counts One and Two. (Dkt. No. 99)

      Accordingly, Defendant will be resentenced on **June 19, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due on **May 29, 2020**, and any submission by the Government is due on **June 5, 2020.**

It is further ORDERED that the Probation Department prepare a supplemental presentence investigation report for Defendant.

Dated: New York, New York
       February 19, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge