**RANDOLPH Z. VOLKELL**
ATTORNEY AT LAW
14 WOODLAND TERRACE
MERRICK, NY 11566
-------
TELEPHONE (516) 771-0300
FACSIMILE (516) 771-4250

February 14, 2020

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *USA v. Jones*
Index No. 16-cr-19
(PGG)

Your Honor:

I am assigned as CJA counsel for Mr. Jones in the Court of Appeals. The Court has remanded the case to you for resentencing.

I request that Your Honor relieve me from continuing my representation on the remand to district court. I am not a member of the CJA panel in the Southern District, and I do not do trial work.

I would ask that Your Honor assign CJA counsel for the purpose of the remand of this matter. Thank you for your courtesy and consideration.

Very truly yours,

S/ Randolph Volkell

RZV:hb

cc: Malik Alim Jones

**MEMO ENDORSED**
The Application is granted. The Government is directed to arrange for appointment of counsel for Jones, given the remand.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Feb 22, 2020