UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Sabrina Shroff will have until April 27, 2020 to respond to the Government's April 20, 2020 letter.

Dated: New York, New York
       April 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge