UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a conference in this matter on **June 19, 2020 at 3:45 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Sabrina Shroff is directed to appear at this conference.

It is further ORDERED that the sentencing currently scheduled for June 19, 2020 is adjourned to **July 23, 2020 at 4:00 p.m.**

Dated: New York, New York
May 1, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge