UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this matter currently scheduled for **June 19, 2020** is adjourned to **June 30, 2020 at 11:00 a.m.**, and will take place telephonically.

The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. No later than **June 26, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated:  New York, New York
        June 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge