UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v.–<br><br>MAALIK ALIM JONES,<br><br>Defendant. | **ORDER**<br><br>16 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the telephone conference in this matter currently scheduled for **June 30, 2020** is adjourned to **July 2, 2020 at 9:00 a.m.**

Dated: New York, New York
       June 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge