**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

July 9, 2020

Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: July 11, 2020

Re: *United States v. Maalik Alim Jones*
16 Cr. 019 (PGG)

Dear Judge Gardephe:

I represent Malik Alim Jones.

On July 2, 2020, the Court set a briefing schedule to respond to the government's June 30 letter. While we have now been able to discuss this letter in detail with Mr. Jones, after a discussion today with the government we need to schedule another call, which will not happen before our Saturday deadline. As such, after discussing the matter with the government, we respectfully request an extension of our deadline to Thursday, July 16, on consent.

Thank you for your consideration.

Sincerely yours,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788