UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the telephone conference in this action previously scheduled for **August 4, 2020** is adjourned to **August 17, 2020 at 11:00 a.m**.

Dated: New York, New York
July 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge