UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MAALIK ALIM JONES,

           Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the telephone conference in this action previously scheduled for **August 17, 2020** is adjourned to **August 27, 2020 at 9:00 a.m**.

Dated: New York, New York
       August 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge