UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| MAALIK ALIM JONES, | 16 Cr. 19 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the telephone conference in this action previously scheduled for **October 6, 2020** is adjourned to **November 5, 2020 at 12:00 p.m**.

Dated: New York, New York
September 23, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge