UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MAALIK ALIM JONES,

               Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the telephone conference in this action previously scheduled for **November 5, 2020** is adjourned to **December 8, 2020 at 10:30 a.m**.

Dated: New York, New York
       October 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge