UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MAALIK ALIM JONES,

                Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the telephone conference in this action previously

scheduled for December 8, 2020 is adjourned to **January 13, 2021 at 10:30 a.m**.

Dated: New York, New York
       December 4, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge