UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MAALIK ALIM JONES,

                Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        There will be a telephone conference in this matter on **Monday, December 21, 2020 at 5:00 p.m.** Counsel for defendant is asked to waive appearance of Defendant Jones given the time sensitivity of Defendant's request for medical attention and access to his medical records, as well as the production limitations at the facility in which Defendant Jones is currently incarcerated.

        The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. As soon as possible, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
       December 19, 2020

SO ORDERED.

*Paul Gardephe*

Paul G. Gardephe
United States District Judge