UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court conducted a telephone conference this afternoon concerning the Defendant's medical condition, and learned that he had tested positive for the COVID-19 virus. The Court also learned that the Defendant has not had access to counsel of record in some time. Given these circumstances, the Court directs the Government and the Legal Department at the Metropolitan Detention Center to arrange for a call between the Defendant and Peter Brill, counsel of record, as soon as possible.

Dated: New York, New York
December 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge