UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MAALIK ALIM JONES,

    Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The telephone conference in this action previously scheduled for January 19, 2021 is adjourned to **February 23, 2021 at 10:30 a.m**.

Dated: New York, New York
       January 18, 2021

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge