UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MAALIK ALIM JONES,<br><br>Defendant. | **ORDER**<br><br>16 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The hearing in this case scheduled for May 4, 2021 is adjourned to **May 18, 2021 at 10:30 a.m.**

Dated:  New York, New York
        April 26, 2021

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge