UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

By **June 8, 2021**, the Government will submit a letter stating how it intends to proceed in light of this Court's recent decision regarding reinstatement of the underlying indictment.

Dated: New York, New York
       May 25, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge