

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 8, 2021

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: June 10, 2021

VIA CM/ECF AND EMAIL

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States* v. *Maalik Alim Jones*, 16 Cr. 019 (PGG)

Dear Judge Gardephe:

    The Government writes respectfully in response to the Court's May 25, 2021 Order requiring it to submit a letter regarding how it intends to proceed in light of this Court's May 23, 2021 decision in the above-captioned matter denying the Government's motion to reinstate the underlying indictment. (Dkt. Nos. 138-39).

    The Government has determined that it intends to seek a superseding indictment of the defendant if a pretrial resolution of this matter cannot be reached in the near term. The Government has communicated this position to defense counsel, and the parties recently have begun discussions regarding a potential pretrial disposition of this case. In order to allow the parties time to engage in those discussions, the Government respectfully requests that it be permitted to provide a further update to the Court on June 21, 2021 regarding whether it will be necessary to seek a superseding indictment in this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____/s/_____
    Andrew J. DeFilippis
    Jessica K. Fender
    David W. Denton, Jr.
    Assistant United States Attorneys
    (212) 637-2231 / 2276 / 2744

cc:  Defense Counsel (via ECF)