

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2021

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.

Dated:   June 22, 2021

<u>VIA CM/ECF AND EMAIL</u>

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Maalik Alim Jones*, 16 Cr. 019 (PGG)

Dear Judge Gardephe:

The Government writes respectfully pursuant to the Court's June 10, 2021 Order requiring it to provide an update in the above-referenced matter concerning whether it will seek a superseding indictment against the defendant or whether the parties will instead seek to reach a pretrial disposition of this matter. The Government has been advised by defense counsel that difficulties arose during counsel's attempts to communicate with the defendant over the last two weeks; however, a call is scheduled to take place today, during which counsel anticipates discussing with the defendant the possibility of a pretrial disposition. Accordingly, to allow the defendant adequate time to communicate with his attorney, as well as to provide the parties with time to engage in further discussions, the Government respectfully requests that it be permitted to provide a further update to the Court on July 6, 2021 regarding whether it will be necessary to seek a superseding indictment in this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: _____/s/_____
   Andrew J. DeFilippis
   Jessica K. Fender
   David W. Denton, Jr.
   Assistant United States Attorneys
   (212) 637-2231 / 2276 / 2744

cc:  Defense Counsel (via ECF)