

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 6, 2021

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 13, 2021

VIA CM/ECF AND EMAIL

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States* v. *Maalik Alim Jones*, 16 Cr. 019 (PGG)

Dear Judge Gardephe:

      The Government writes respectfully pursuant to the Court's June 22, 2021 Order requiring it to provide an update in the above-referenced matter concerning whether it will seek a superseding indictment against the defendant, or whether the parties will instead seek to reach a pretrial disposition of this matter.  The Government has been advised by defense counsel that the defendant has requested additional time to discuss the situation with counsel.  Accordingly, to allow the defendant adequate time to communicate with his attorney, as well as to provide the parties with time to engage in further discussions, the Government respectfully requests that it be permitted to provide a further update to the Court on July 23, 2021 regarding whether it will be necessary to seek a superseding indictment in this matter.

      Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   _____/s/_____
     Andrew J. DeFilippis
     Jessica K. Fender
     David W. Denton, Jr.
     Assistant United States Attorneys
     (212) 637-2231 / 2276 / 2744

cc:   Defense Counsel (via ECF)