UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :

                                    :      **SUPERSEDING INDICTMENT**

        - v. -                      :
                                    :      S2 16 Cr. 19 (PGG)

MAALIK ALIM JONES,                  :

            Defendant.              :

- - - - - - - - - - - - - - - - X

### COUNT ONE

**(CONSPIRACY TO PROVIDE MATERIAL SUPPORT
TO A FOREIGN TERRORIST ORGANIZATION (AL SHABAAB))**

The Grand Jury charges:

1.    From at least in or about July 2011, up to and including in or about December 2015, in an offense occurring in and affecting interstate and foreign commerce, and begun and committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, and others known and unknown, knowingly did combine, conspire, confederate and agree together and with each other to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), to a foreign terrorist organization, namely, al Shabaab, which was designated

by the United States Secretary of State as a foreign terrorist
organization on or about February 26, 2008, and is currently
designated as such as of the date of the filing of this
Indictment.

   2. It was a part and an object of the conspiracy
that MAALIK ALIM JONES, the defendant, and others known and
unknown, would and did knowingly provide al Shabaab with
material support and resources, including personnel, knowing
that al Shabaab was a designated terrorist organization (as
defined in Title 18, United States Code, Section 2339B(g)(6)),
that al Shabaab engages and has engaged in terrorist activity
(as defined in section 212(a)(3)(B) of the Immigration and
Nationality Act), and that al Shabaab engages and has engaged in
terrorism (as defined in section 140(d)(2) of the Foreign
Relations Authorization Act, Fiscal Years 1988 and 1989), in
violation of Title 18, United States Code, Section 2339B.

Overt Acts

   3. In furtherance of the conspiracy and to effect
the illegal object thereof, MAALIK ALIM JONES, the defendant,
and others known and unknown, committed the overt acts set forth
below, among others:

     a. In or about 2011, JONES, a United States

2

citizen, traveled from the United States to Somalia via Morocco, the United Arab Emirates, and Kenya, for the purpose of joining al Shabaab.

      b.  In or about 2011, JONES attended an al Shabaab training camp in Somalia.

      c.  In or about 2012, JONES engaged in combat on behalf of al Shabaab against soldiers of the Kenyan Government in Somalia.

      d.  From in or about 2011 through in or about 2015, on multiple occasions, JONES carried an AK-47 assault rifle while engaged in activities on behalf of al Shabaab in Somalia.

(Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(A), (d)(1)(C), (d)(1)(E), (d)(1)(F), and 3238.)

## COUNT TWO

### (PROVISION OF MATERIAL SUPPORT
### TO A FOREIGN TERRORIST ORGANIZATION (AL SHABAAB))

The Grand Jury further charges:

      4.  From at least in or about July 2011, up to and including in or about December 2015, in an offense occurring in and affecting interstate and foreign commerce, and begun and committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular

State or district of the United States, MAALIK ALIM JONES, the
defendant, who was first brought to the Southern District of New
York, knowingly did provide and attempt to provide "material
support or resources," as that term is defined in Title 18,
United States Code, Section 2339A(b)(1), including personnel, to
a foreign terrorist organization, namely, al Shabaab, which was
designated by the United States Secretary of State as a foreign
terrorist organization on or about February 26, 2008, and is
currently designated as such as of the date of the filing of
this Indictment, knowing that al Shabaab was a designated
terrorist organization (as defined in Title 18, United States
Code, Section 2339B(g)(6)), that al Shabaab engages and has
engaged in terrorist activity (as defined in section
212(a)(3)(B) of the Immigration and Nationality Act), and that
al Shabaab engages and has engaged in terrorism (as defined in
section 140(d)(2) of the Foreign Relations Authorization Act,
Fiscal Years 1988 and 1989), to wit, JONES traveled from the
United States to Somalia to join al Shabaab, and after joining,
JONES received military training and engaged in armed conflict
on behalf of al Shabaab, among other things.

      (Title 18, United States Code, Sections 2339B(a)(1),
         (d)(1)(C), (E), and (F), 3238, and 2.)

<u>COUNT THREE</u>

**(CONSPIRACY TO RECEIVE MILITARY-TYPE TRAINING FROM A FOREIGN
TERRORIST ORGANIZATION (AL SHABAAB))**

The Grand Jury further charges:

5.    From at least in or about July 2011, up to and
including in or about December 2015, in an offense occurring in
and affecting interstate and foreign commerce, begun and
committed in Morocco, Kenya, the United Arab Emirates, Somalia,
and elsewhere outside of the jurisdiction of any particular
State or district of the United States, MAALIK ALIM JONES, the
defendant, who was first brought to the Southern District of New
York, and others known and unknown, knowingly did combine,
conspire, confederate and agree together and with each other to
receive military-type training from and on behalf of al Shabaab,
which was designated by the United States Secretary of State as
a foreign terrorist organization on February 26, 2008, and is
currently designated as such as of the date of the filing of
this Indictment.

6.    It was a part and an object of the conspiracy
that MAALIK ALIM JONES, the defendant, and others known and
unknown, would and did knowingly receive military-type training
from and on behalf of al Shabaab, knowing that al Shabaab was a
designated terrorist organization (as defined in Title 18,

United States Code, Section 2339D(c)(4)), knowing that al
Shabaab had engaged and was engaging in terrorist activity (as
defined in section 212(a)(3)(B) of the Immigration and
Nationality Act), and knowing that al Shabaab had engaged and
was engaging in terrorism (as defined in section 140(d)(2) of
the Foreign Relations Authorization Act, Fiscal Years 1988 and
1989), in violation of Title 18, United States Code, Section
2339D.

Overt Acts

7.     In furtherance of the conspiracy and to effect
the illegal object thereof, MAALIK ALIM JONES, the defendant,
and others known and unknown, committed the overt acts set forth
in paragraph 3 above, which are fully incorporated by reference
herein, among others.

(Title 18, United States Code, Sections 371, 2339D(a), (b)(1),
(b)(3), (b)(5), (b)(6), and 3238.)

**COUNT FOUR**

**(RECEIPT OF MILITARY-TYPE TRAINING FROM A FOREIGN TERRORIST
ORGANIZATION (AL SHABAAB))**

The Grand Jury further charges:

8.     From at least in or about July 2011, up to and
including in or about December 2015, in an offense occurring in
and affecting interstate and foreign commerce, begun and

6

committed in Morocco, Kenya, the United Arab Emirates, Somalia, and elsewhere outside of the jurisdiction of any particular State or district of the United States, MAALIK ALIM JONES, the defendant, who was first brought to the Southern District of New York, knowingly received military-type training from and on behalf of al Shabaab, which was designated by the United States Secretary of State as a foreign terrorist organization on February 26, 2008, and is currently designated as such as of the date of the filing of this Indictment, knowing that al Shabaab was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339D(c)(4)), that al Shabaab engaged and was engaging in terrorist activity (as defined in Section 212(a)(3)(B) of the Immigration and Nationality Act), and that al Shabaab had engaged and was engaging in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), to wit, JONES received training in the use of explosives, firearms, and other weapons, from other members of al Shabaab.

(Title 18, United States Code, Sections 2339D(a), (b)(1), (b)(3), (b)(5), (b)(6), and 3238.)

## FORFEITURE ALLEGATION

10.  As a result of committing the offenses charged in Counts One and Two of this Indictment, MAALIK ALIM JONES, the

defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) & (G) and Title 28, United States Code, Section 2461(c), all assets, foreign and domestic, derived from, involved in, and used and intended to be used to commit a federal crime of terrorism against the United States, citizens and residents of the United States, and their property to the commission of the offenses alleged in Counts One and Two of the Indictment and all property, real or personal, constituting or derived from proceeds traceable to the offenses alleged in Counts One and Two of this Indictment

(Title 18, United States Code, Sections 981(a)(1)(G) and 2332b(g)(5), and Title 28, United States Code, Section 2461.)

FOREPERSON

AUDREY STRAUSS
United States Attorney

8

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### MAALIK ALIM JONES,

Defendant.

### SUPERSEDING INDICTMENT

S2 16 Cr. 19

(Title 18, United States Code, Sections
371, 2339B, 2339D, 3238 & 2.)

_____  AUDREY STRAUSS
Foreperson.                      United States Attorney.

8/24/2021  Superseding
           Indictment
           filed.

           K.N. Fox
           USMJ

9