UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Defendant's arraignment on the Superseding Indictment (Dkt. No. 148) will be held on **September 7, 2021 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 31, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge