**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 7, 2021

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:
/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: September 9, 2021

<u>Via ECF</u>
Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Maal*
16 Cr. 019 (PGG)

Dear Judge Gardephe:

I represent Malik Alim Jones.

As discussed at today's conference, I am hereby requesting that the Court appoint Joshua Dratel, Esq. as co-counsel in this matter pursuant to the Criminal Justice Act. Mr. Dratel has a great deal of experience in areas of great significance in this matter, where I am comparably less experienced. Mr. Dratel has already indicated to me that he will accept the appointment.

Thank you for your consideration.

Sincerely yours,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788