UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MAALIK ALIM JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Clerk of Court is directed to remove the ECF designation marking this case as "closed" and restore the case to active status.

Dated: New York, New York
September 10, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge