

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 22, 2021

VIA CM/ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States* v. *Maalik Alim Jones*, 16 Cr. 019 (PGG)

Dear Judge Gardephe:

      The Government writes respectfully to request an adjournment of the deadline to file its opposition to the defendant's Motion to Dismiss the Superseding Indictment (the "Motion") in the above-captioned matter, which the defendant filed on December 10, 2021. The Government is analyzing the various claims and arguments raised in the Motion and requires additional time to consult internally, conduct additional research, and prepare its filing. Accordingly, the Government respectfully requests that it be permitted to file its opposition on or before January 3, 2022. Defense counsel consents to the Government's request.

      Thank you for the Court's time and consideration of these matters.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:       /S/      
    Andrew J. DeFilippis
    David W. Denton, Jr.
    Assistant United States Attorneys
    (212) 637-2231 /2744

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: December 23, 2021

cc: Defense Counsel (via ECF)