UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

MAALIK JONES,

Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference in this matter will take place on **February 15, 2022 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY.

Dated: New York, New York
February 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge