UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MAALIK ALIM JONES,

           Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at today's conference, Defendant will submit a letter by **February 18, 2022** stating whether he wishes to proceed on his motions to suppress (Dkt. Nos. 59, 65) and whether a May 23, 2022 trial date would present any issue for defense counsel.

        By **March 1, 2022**, the Government will submit a letter informing the Court of the availability of its witnesses for a suppression hearing.

Dated: New York, New York
         February 15, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge