UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against -<br><br>MAALIK ALIM JONES,<br><br>                    Defendant. | **ORDER**<br><br>16 Cr. 19 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Subject to COVID-19 protocols, trial in this matter will proceed on **October 24, 2022, at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  Motions in limine, requested voir dire, and requests to charge are due on **September 23, 2022**.  Responsive papers, if any, are due on **September 30, 2022**.

Dated:  New York, New York
        March 2, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge