Case 1:16-cr-00019-PGG   Document 188   Filed 06/13/22   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MAALIK ALIM JONES,

                Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court will conduct a change of plea hearing in this matter on **Wednesday, June 15, 2022, at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge