UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MAALIK ALIM JONES,

                 Defendant.

**ORDER**

16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court today, the Defendant's guilty plea to the (S1) Superseding Information (Sept. 8, 2017 Tr. (Dkt. No. 74) at 24-25) and the judgment previously entered on May 30, 2018 (Dkt. No. 87) are vacated.

Dated: New York, New York
       June 15, 2022

                                            SO ORDERED.

                                            _____
                                            Paul G. Gardephe
                                            United States District Judge