# EXHIBIT 1

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

October 7, 2022

Dear Judge Gardephe,

Thank you for this opportunity to express the remorse and regret that I have for the actions that I allowed myself to engage in. There is no true excuse for what I did, however, I have been able to take this time in prison to educate myself on the errors in thinking and understanding which led to me being here.

It has been seven long years since the time of my initial arrest. The most important thing that has happened to me is seeing the reality of prison life and realizing that nothing in the world is worth ending up here. I am approaching the age of forty and I look at many things differently. What I mean is that many of the things that I did and was drawn to for various reasons, I could not imagine engaging in the same or even similar experience and more importantly, realized the crucial mistake of my actions and thinking process. What is important to me now is getting my life and family back together and moving in the right direction.

The type of support that has come from family members and beyond has also been a source of motivation in terms of getting back into society and doing positive things. They have shown both general love and tough love. General love in that they never gave up on me, and tough love in that they didn't just welcome me with open arms when I got arrested. They continue to encourage me to be and do better, something that I am fully committed to, not just for them, but most importantly for myself. I have been able to be productive and stay out of harms way by involving myself only in matters that concern me while in prison. I am positive that had I instituted this same way of thinking, I would not have made the mistake that landed me here. For sure, concerning myself only in matters that concern me is my guide to doing well once I get out of prison.

Part of what has changed in me is my perspective on groups in general. Besides staying away from groups, I have become one who has started to point out the wrongful thinking concepts and actions that the mentality of being in bad groups brings about. For one, here in prison and outside, group members tend to stand up for each other even if they are in the wrong. When people see me speaking against and walking away from the wrongful actions of other group members, I get cold shoulders and become isolated from the rest of the people. This has caused me to not stick to any group but to stand up for and speak about what is right.

This experience has been nothing less than trying, horrific, and challenging. What has given me hope now is the fact that I at least have this opportunity to get a second chance and moreover, a chance to be there for my children who have had no less of a challenge in life.

In short, I am not the same person who walked into your courtroom seven years ago. I have

understood my flaws and have undergone a reconstruction of what is most important in life. If you find it within yourself to be merciful to me in this instance, I will show gratitude by walking correct and doing what's right and being there for my loved ones as they have been there for me throughout these trying years. Thank you.

God Bless,


Maalik Jones