# EXHIBIT 3

**ANDREW RASMUSSEN, PH.D.**
Fordham University, Department of Psychology
441 E. Fordham Rd., Dealy Hall 226
Bronx, NY 10458-9993
arasmussen@fordham.edu

**EDUCATION**

2004    Ph.D., Clinical/Community Psychology
University of Illinois at Urbana-Champaign; Urbana-Champaign, IL

2002    M.A., Clinical/Community Psychology
University of Illinois at Urbana-Champaign; Urbana-Champaign, IL

1994    B.A., Political Science
Columbia University, New York, NY

**PROFESSIONAL LICENSURE**

2009    Psychologist, New York State license 017938-1

**PROFESSIONAL EXPERIENCE**

***ACADEMIC POSITIONS***

6/12 –    Professor, Fordham University: Department of Psychology
present    Associate Chair for Master's Programs
    Department of Psychology. Culture, Migration and Community Research Group. Undergraduate
    courses: *Foundations of Psychology (Eloquentia Perfecta), Statistics, Social Psychology, Trauma
    & Family Violence, Global Mental Health and Psychosocial Humanitarian Aid*. Graduate courses:
    *Trauma & Family Violence, Global Mental Health, Qualitative Research Methods, Forensic
    Evaluation supervision.*
    Institute of International Humanitarian Affairs. Graduate courses: *Psychosocial Research &
    Practice, Psychosocial assessment in Mental Health in Complex Emergencies*

3/04 –    Assistant Professor of Medicine (Research), NYU School of Medicine: Division of General Internal
5/12    Medicine; Psychiatry; Child Psychiatry; NYU Master's in Public Health program
    Research Director, Bellevue/NYU Program for Survivors of Torture
    Clinical Psychologist, Clinical Supervisor, Bellevue Hospital; New York, NY
    Faculty instructor, New York University
    Department of Medicine. Fellows: *Research Methods in Medicine*; residents: *Clinical Research
    Practicum*
    Master's in Global Public Health. *Faculty advisor, Global Public Health Integrative Seminar*

9/05 –    Adjunct Faculty, Fordham University,
5/12    Psychology Department: *Trauma and Family Violence*

***CLINICAL POSITIONS***

6/12 –    Forensic Psychologist, private practice
present    Specialization in forensic evaluation for Immigration Court; Criminal cases involving trauma
8/09 –    Clinical Supervisor, Bellevue/NYU Program for Survivors of Torture
5/12    Bellevue Hospital; New York, NY

8/06 –     Forensic Psychologist, Bellevue/NYU Program for Survivors of Torture
5/12        Bellevue Hospital; New York, NY

6/04 –     Clinical Psychologist, Bellevue/NYU Program for Survivors of Torture
5/12        Bellevue Hospital; New York, NY

8/00 -      Clinical training, Psychological Services Center
2/04        University of Illinois at Urbana-Champaign; Urbana-Champaign, IL
               *Forensic Psychology Clinic & Research Program; Multicultural Issues Clinic; Stress & Anxiety Clinic*

### RESEARCH CONSULTATION & PROGRAM EVALUATION

2/20 –     Expert Witness & Evaluator, *Lucas R v. Azar*
8/20        Case review of ORR files for National Center for Youth Law, Center for Human Rights and
               Constitutional Law, UC Davis School of Law, Cooley LLP

11/17 –    Qualitative methods consulting
10/19      Immigrant Health and Cancer Disparities Service, Memorial Sloan Kettering Cancer Center

3/17 –     Qualitative methods consulting
6/17        Henry M. Jackson Foundation for the Advancement of Military Medicine, Inc.

9/14 –     Program Evaluation, Victims of Torture International Grant to Capacity-Building Grant to Center
2/15        for Victims of Torture, Minneapolis, MN
               United States Agency for International Development (USAID), Washington, DC

6/13 –     Program Evaluation, Victims of Torture International Grant to The Asia Foundation, Colombo, Sri
7/13        Lanka
               United States Agency for International Development (USAID), Washington, DC

10/11 –    Program Evaluation, Victims of Torture International Grant to Counseling Services Unit, Harare,
2/12        Zimbabwe
               United States Agency for International Development (USAID), Washington, DC

3/09 -      Program Evaluation, Victims of Torture International Capacity-Building Grant to Center for
10/09      Victims of Torture, Minneapolis, MN
               United States Agency for International Development (USAID), Washington, DC

5/09 -      Protection Narratives of Refugees Living in Chad
7/09        Hebrew Immigrant Aid Society (HIAS), New York, NY

9/06 -      Evaluation of the HIAS' Psychosocial Programs in Eastern Chad
8/07        United States Department of State (Bureau of Population, Refugees, & Migration), Washington, DC

3/04 -      Researcher, Expedited Removal Study Team
2/05        US Committee for International Religious Freedom, Washington, DC

1/02 -      Program Evaluation, Recidivism following Peer Court
2/04        Peer Court, Inc., Danville, IL

### AWARDS AND FELLOWSHIPS

| 2005 | Arthur C. Helton Human Rights Award; American Immigration Lawyers Association, awarded to the U.S. Commission on International Religious Freedom and the Expedited Removal Study Team for *Report on Asylum Seekers in Expedited Removal* |
| 2003 | Herman Eisen Award for commitment and contribution to the practice of psychology; Department of Psychology, University of Illinois at Urbana-Champaign |
| 1993 | Charles A. Beard Prize for best political science research paper written in the academic year; Columbia University, New York, NY |

## EDITORIAL EXPERIENCE

*Associate Editor*
| 2014 – 2017 | BMC Psychology |
| 2016 – present | Conflict & Health: Special Issue Editor |
| | https://www.biomedcentral.com/collections/psychological-measurement |
| 2020 – present | Transcultural Psychiatry, Statistics Editor |

*Consulting and/or Review Editor*
| 2013 – present | Cultural Diversity and Ethnic Minority Psychology |
| 2012 – present | International Journal of Forensic Mental Health |
| 2015 – 2017 | Frontiers: Cultural Psychology |

*Ad Hoc Reviewer* (since 2012)
American Journal of Community Psychology, Australian and New Zealand Journal of Psychiatry
BMC Psychiatry, British Journal of Psychiatry, Child Development, Cochrane Reviews (Depression, Anxiety, and Neurosis Review Group), Depression and Anxiety, Intervention: The International Journal of Mental Health, Psychosocial Work and Counselling in Areas of Armed Conflict, Journal of Immigrant & Refugee Studies, Journal of Social and Clinical Psychology, Journal of Traumatic Stress, Psychiatric Services, Psychological Bulletin, Psychological Medicine, Psychological Trauma: Theory, Research, Practice, and Policy, *Revista Panamericana de Salud Pública*/Pan American Journal of Public Health, SAGE Open Access, Social Science & Medicine, Transcultural Psychiatry

## OTHER POSITIONS & APPOINTMENTS

| 2008 – 2012 | National Consortium of Torture Treatment Programs Research & Development Committee |
| 2009 – present | NIMH Review Section member: Fellowships and Dissertation Grants; K Awards |
| 2012 | World Health Organization mhGAP Guidelines: Reviewer, Disorders and Problems Specifically Related to Exposure to Stress (SPE STRESS) |
| 2012 – 2020 | Program Committee, International Society for Traumatic Stress Studies Annual Meeting |
| 2013 – 2018 | Board Member, Greenwich Village Youth Council |
| 2013 – 2016 | Board Member, International Health Education |
| 2014 | Grant Reviewer, Welcome Trust (UK) |
| 2017 | Workshop Proposal Reviewer, Canadian Institute for Advanced Research |
| 2017 | Grant Reviewer, German Federal Ministry of Education and Research (BMBF) |
| 2017 | Grant Reviewer, The Austrian Science Fund (FWF *Der Wissenschaftsfonds*) |

## AFFILIATIONS

| 2000 - 2016 | American Psychological Association (APA) |
| 2000 - present | International Society for Traumatic Stress Studies |
| 2000 - 2017 | Society for the Psychological Study of Social Issues (APA Division 9) |
| 2002 - 2016 | Society for Community Research and Action (APA Division 27) |
| 2005 - present | Society for the Psychological Study of Ethnic Minority Issues (APA Division 45) |

2016 – present          Association for Psychological Science (APS)

**LANGUAGE SKILLS**

Proficiency in Spanish
Working knowledge of French

**GRANTS RECEIVED**

*Current*

| Agency | Title | Period | Total Direct Costs | Role |
|---|---|---|---|---|
| NIMH | Mentoring Network for Global Mental Health Research on SoCial Drivers Of MeNtal IllNessEs aCross The Lifespan (gmhCONNECT) | *Under review* 2022-2027 | $1,523,910 | Consultant (Co-PIs Stevan Wiene & Brandon Kohrt) |

*Completed*

| Agency | Title | Period | Total Direct Costs | Role |
|---|---|---|---|---|
| NIH/NICHD | Social Networks of West African Forced Migrants (1R15HD079008) | 2014-2016 (NCE 2017 & 2018) | $369,456 | Principal Investigator |
| NIH/National Center on Minority Health and Health Disparities | Addressing Social Determinants to Reduce Refugee Mental Health Disparities (1R01MD007712) | 2013-2018 | $1,884,972 | Consultant (P.I. J. Goodkind, UNM) |
| NIH/NICHD | K23 Award to Study Intergenerational Conflict among West African Forced Migrants (1K23HD059075) | 2009-2014 (NCE 2015) | $499,595 | Principal Investigator |
| NIH/National Center on Minority Health and Health Disparities | The Taxi Network (1R24MD008058) | 2013-2015 | $249,984 | Consultant (PI: F. Gany, MSKCC) |
| Grand Challenges Canada | Integrated Innovations in Global Mental Health: Improve Treatments and Expand Access to Care in Low- and Middle-Income Countries: Expansion of a new implementation model to address severe mental disorders in rural Haiti (Grant No. 0095-04) | 2012-2015 | $1,497,095 | Co-Investigator (P.I. G. Raviola, Harvard) |
| Foundation for Child Development | Young Scholars Program: Child Health-Seeking Networks among West African Refugees | 2011-2014 | $149,512 | Principal Investigator |
| Office of Refugee Resettlement | Torture Victims Relief Act | 2006-2012 | $535,000 | Co-Principal Investigator |
| Clinton Global Initiative/Partners in Health | Sustainable Mental Health Capacity in Haiti | 2011 | $10,000 | Co-Investigator |

| | | | | |
|---|---|---|---|---|
| Richard Lounsbery Foundation | Efficacious points of intervention in the treatment of torture survivors | 2009-2011 | $80,000 | Principal Investigator |
| Hebrew Immigrant Aid Society | Needs Assessment of Three Refugee Populations in Chad | 2009 | $30,000 | Principal Investigator |
| Hebrew Immigrant Aid Society | Evaluation of Darfuri Refugee Programs in Chad | 2006-2007 | $154,000 | Principal Investigator |
| Stephen and May Cavin Leeman Foundation | Intergenerational Trauma and Breaking Barriers to Care for Families of Torture Survivors | 2005-2006 | $15,000 | Co-Principal Investigator |
| U.S. Commission on International Religious Freedom | Evaluation of Expedited Removal Process for Asylum Seekers | 2004-2005 | $55,000 | Program Scientist |
| NIH/NINDS | Development of a Mind-Body Center at NYU (5 R21 NS048594-02) | 2004-2006 | $67,000 | Program Scientist |
| Society for the Psychological Study of Social Issues | Grants-In-Aid Program | 2002-2003 | $1,000 | Grant recipient |
| NIH/NIMH | Quantitative Methods for Behavioral Research Training Grant | 2000-2003 | $75,000 | Pre-doctoral trainee |

*Applied, not funded*

| Agency | Title | Period | Total Direct Costs | Role |
|---|---|---|---|---|
| Templeton Foundation | 5 Pillars Character Development (5PCD): A Capacity Building Project for An Islamic, Community-Based Youth Program for Muslim West Africans | 2022-2026 | $516,024 | Principal Investigator |
| Fordham University Arts & Sciences | Identifying and Disseminating Values and Attitudes Associated with Healthy COVID-19 Behavior at Fordham | 2021-2022 | $9,980 | Principal Investigator |
| Fordham University Office of Research | Interdisciplinary Research Proposal: Trauma Type & Frequency across Culture | 2017-2018 | $12,000 | Principal Investigator |
| National Science Foundation | IBSS: The social networks of forced migrants | 2013-2018 | $706,701 | Principal Investigator |
| NIH/NICHD | Social Networks & Health among West African Refugees (R01) | 2013-2018 | $1,666,800 | Principal Investigator |

## PEER-REVIEWED PUBLICATIONS (italicized authors were Fordham students at submission)

1. **Rasmussen, A.**, Okazaki, S., Bracey, J., Groot, A., Lee, M., Mattison, E. Radek, M., & Uqdah, A. (2003). Clinic-refugee center collaboration: A case study in culturally appropriate service. *The Community Psychologist, 36,* 40-43.
2. **Rasmussen, A.**, Aber, M. S., & Bhana, A. (2004). Adolescent coping and neighborhood violence: Perceptions, exposure, and urban youths' efforts to deal with danger. *American Journal of Community Psychology, 33*(1/2), 61-76.
3. **Rasmussen, A.** (2004). Recidivism after teen court: Two proportional hazards models and a little speculation. *Crime & Delinquency, 50*(4), 615-635.

4.  **Rasmussen, A.,** & Diener, C. I. (2005). A prospective longitudinal study of Teen Court's impact on offending youths' behavior. *Juvenile and Family Court Journal, 56*(1), 17-32.

5.  *Hooberman, J.,* Rosenfeld, B., Lhewa, D., **Rasmussen, A.,** & Keller, A. S. (2007). Classifying the torture experiences of refugees living in the U.S. *Journal of Interpersonal Violence, 22*(1), 108-123.

6.  **Rasmussen, A.,** Rosenfeld, B., Reeves, K., Keller, A. S. (2007). The subjective experience of trauma and subsequent PTSD in a sample of undocumented immigrants. *Journal of Nervous and Mental Disease, 195*(2),137-143.

7.  **Rasmussen, A.,** Smith, H., & Keller, A. S. (2007). Factor Structure of PTSD symptoms among West and Central African refugees. *Journal of Traumatic Stress, 20*(3), 271-280. DOI: 10.1002/jts.20208

8.  **Rasmussen, A.,** Rosenfeld, B., Reeves, K., & Keller, A. S. (2007). The effects of torture-related injuries on psychological distress in a Punjabi Sikh sample. *Journal of Abnormal Psychology, 116*(4), 734-740. DOI: 10.1037/0021-843X.116.4.734

9.  *Sachs, E.,* Rosenfeld, B., Lhewa, D., **Rasmussen, A.,** & Keller, A.S. (2008). Entering exile: Trauma, mental health, and coping among Tibetan refugees arriving in Dharamsala, India. *Journal of Traumatic Stress, 21*(2), 199-208.

10.  Miller, K. E., Omidian, P., **Rasmussen, A.,** Yaqubi, A., & Daudzai, H. (2008). Daily stressors, war experiences, and mental health in Afghanistan. *Transcultural Psychiatry, 45*(4), 611-628.

11.  Venters, H., Dasch-Goldberg, D., **Rasmussen, A.,** & Keller, A. S. (2009). Into the abyss: Mortality and morbidity among detained immigrants. *Human Rights Quarterly, 31*(2), 474-495.

12.  Miller, K. E., Omidian, P., Kulkarni, M., Yaqubi, A., Daudzi, H., & **Rasmussen, A.** (2009). The validity and clinical utility of Post-traumatic Stress Disorder in Afghanistan. *Transcultural Psychiatry, 46*(2), 219-237.

13.  Hinton, D.E., **Rasmussen, A.,** Nou, L., Pollack, M. H., & Good, M. J. (2009). Anger, PTSD, and the nuclear family: A study of Cambodian refugees. *Social Science & Medicine, 69,* 1387-1394. DOI: 10.1016/j.socscimed.2009.08.018

14.  Mitchell, S. J., Lewin, A., Horn, I. B., **Rasmussen, A.,** Sanders-Phillips, K., Valentine, D., & Joseph, J. G. (2009). Violence exposure and the association between young African American mothers' harsh discipline and child problem behavior. *Ambulatory Pediatrics, 9*(3): 157-163.

15.  Miller, K. & **Rasmussen, A.** (2010). War exposure, daily stressors, and mental health in conflict and post-conflict settings: Bridging the divide between trauma-focused and psychosocial frameworks. *Social Science & Medicine, 70,* 7-16. DOI: 10.1016/j.socscimed.2009.09.029

16.  **Rasmussen, A.,** & Annan, J. (2010). Predicting stress related to basic needs and safety in Darfur refugee camps: A structural and social ecological analysis. *Journal of Refugee Studies, 23,* 23-40. DOI: 10.1093/jrs/fep044

17.  **Rasmussen, A.,** Nguyen, L., Wilkinson, J., *Raghavan, S.,* Vundla, S., Miller, K., Keller, A.S. (2010). Rates and impact of trauma and current stressors among Darfuri refugees in eastern Chad. *American Journal of Orthopsychiatry, 80*(2), 227-236.  DOI: 10.1111/j.1939-0025.2010.01026.x

18.  Miller, K. & **Rasmussen, A.** (2010). Mental health and armed conflict: The importance of distinguishing between war exposure and other sources of adversity: A response to Neuner. *Social Science & Medicine, 70,* 1385-1389. DOI:10.1016/j.socscimed.2010.07.020

19.  *Greene, D.,* **Rasmussen, A.,** & Rosenfeld, B. (2010). Defining torture: A review of 40 years of health science research. *Journal of Traumatic Stress, 23*(4), 528-531. DOI: 10.1002/jts.20552

20.  *Hooberman, J.,* Rosenfeld, B., **Rasmussen, A.,** & Keller, A. (2010). Resilience in Trauma-Exposed Refugees: The Moderating Effect of Coping Style on Resilience Variables. *American Journal of Orthopsychiatry, 80*(4), 557-563. DOI: 10.1111/j.1939-0025.2010.01060.x

21.  Mitchell S.J., Lewin, A., **Rasmussen A** Horn, I.B., & Joseph, J.G. (2011). Maternal distress explains the relationship of young African American mothers' violence exposure with their preschoolers' behavior. *Journal of Interpersonal Violence, 26*(3), 580-603. DOI: 10.1177/0886260510363423

22.  Lewin, A., Mitchell, S.J., **Rasmussen, A.,** Sanders-Phillips, K., & Joseph, J.G. (2011). Do human and social capital protect young African American mothers from depression associated with ethnic discrimination and violence exposure? *Journal of Black Psychology, 37*(3), 286-310. DOI: 10.1177/0095798410381242

23. **Rasmussen, A.**, Katoni, B., Keller, A.S., & Wilkinson, J. (2011). Posttraumatic idioms of distress among Darfur refugees: *Hozun* and *majnun. Transcultural Psychiatry, 48*(4), 392-415*.* DOI: 10.1177/1363461511409283

24. **Rasmussen, A.**, Crager, M., Keatley, E., Keller, A. S., & Rosenfeld, B. (2011). Screening for Torture: A narrative checklist comparing legal definitions in a torture treatment clinic. *Zeitschrift für Psychologie / Journal of Psychology*, 219(3), 143-149. DOI: 10.1027/2151-2604/a000061

25. Akinsulure-Smith, A.M., Keatley, E. & **Rasmussen, A**. (2012). Responding to secondary traumatic stress: A pilot study of torture treatment programs in the United States. *Journal of Traumatic Stress, 25*, 232-235. DOI: 10.1002/jts.21684

26. **Rasmussen, A.**, Akinsulure-Smith, A., Chu, T., & Keatley, E. (2012). "911" among West African immigrants in New York City: A qualitative study of disciplinary practices and perceptions of child welfare authorities. *Social Science and Medicine,* 75, 516-525. DOI: 10.1016/j.socscimed.2012.03.042

27. Chu, T., Keller, A. S., & **Rasmussen, A.** (2012). Effects of post-migration factors on PTSD outcomes among immigrant survivors of political violence. *Journal of Immigrant and Minority Health*. DOI: 10.1007/s10903-012-9696-1

28. **Rasmussen, A.**, Crager, M., Baser, R., Chu, T., & Gany, F. (2012). Onset of posttraumatic stress disorder and major depression among refugees and voluntary migrants to the United States. *Journal of Traumatic Stress, 25*, 705-712. DOI: 10.1002/jts.21763

29. Keatley, E., Ashman, T., Im, B., & **Rasmussen, A.** (2013). Self report traumatic brain injury among refugee survivors of torture. *Journal of Head Trauma Rehabilitation*, 1-6. DOI: 10.1097/HTR.0b013e3182776a70

30. Akinsulure-Smith, A.M., Chu, T., Keatley, E., & **Rasmussen, A.** (2013). Intimate partner violence among West African immigrant families in New York City. *Journal of Aggression, Maltreatment & Trauma, 22*(2), 109-126. DOI: 10.1080/10926771.2013.719592

31. Crager, M., Chu, T., Link, B., & **Rasmussen, A.** (2013). Forced migration and psychotic symptoms: An analysis of the National Latino and Asian American Study. *Journal of Immigrant and Refugee Studies, 11*(3), 299-314, DOI: 10.1080/15562948.2013.801737

32. *Raghavan, S.*, **Rasmussen, A.**, Rosenfeld, B., & Keller, A. S. (2013). Correlates of Symptom Reduction in Treatment-Seeking Survivors of Torture. *Psychological Trauma: Theory, Research, Practice, and Policy, 5*(4), 377-383. DOI: 10.1037/a0028118

33. **Rasmussen, A.,** Chu, T., Akinsulure-Smith, A., & Keatley, E. (2013). The social ecology of resolving family conflict among West African immigrants in New York: A grounded theory approach. *American Journal of Community Psychology, 52*(1), 185-196*.* DOI: 10.1007/s10464-013-9588-0

34. **Rasmussen, A.,** Keatley, E., Paz, C., Smith, H. E. & Keller, A. S. (2013). Predictors of disengagement in a torture treatment program. *Psychiatric Services, 64*(12), 1280. DOI: 10.1176/appi.ps.201300223

35. Kohrt, B., **Rasmussen, A.**, Kaiser, B. N., Haroz, E., Mutamba, B. B., de Jong, J. T. V. M., & Hinton, D. E. (2014). Cultural concepts of distress and psychiatric disorders: Literature review and research recommendations for global mental health epidemiology. *International Journal of Epidemiology*, 43(2), 365-406. DOI: 10.1093/ije/dyt227

36. **Rasmussen, A.**, Keatley, E., & Joscelyne, A. (2014). Posttraumatic stress in humanitarian disaster settings outside North America and Europe: A review of the emic trauma literature. *Social Science & Medicine, 109*, 44-54. DOI: 10.1016/j.socscimed.2014.03.015

37. **Rasmussen, A.** (2014). Don't fault RCTs for not testing systems of care (invited commentary). *Intervention, the International Journal for Mental Health, Psychosocial Work and Counselling in Areas of Armed Conflict 12*(2), 289-291, DOI: 10.1097/WTF.0000000000000035.

38. **Rasmussen, A.**, Ventevogel, P., Sancilio, A., Eggerman, M., & Panter-Brick, C. (2014). Comparing the validity of the self reporting questionnaire and the Afghan symptom checklist: dysphoria, aggression, and gender in transcultural assessment of mental health. *BMC Psychiatry, 14*, 206. DOI: 10.1186/1471-244X-14-206.

39. Miller, K. E., & **Rasmussen, A.** (2014). War experiences, daily stressors, and mental health five years on: Elaborations and future directions. *Intervention, the International Journal for Mental Health, Psychosocial Work and Counselling in Areas of Armed Conflict, 12*, 33-42. DOI: 10.1097/WTF.0000000000000066

40. **Rasmussen, A.**, Eustache, E., Raviola, G., Kaiser, B., Grelotti, D., & Belkin, G. (2015). Development and validation of a Haitian Creole screening instrument for depression. *Transcultural Psychiatry*, *52*(1), 33-57. DOI: 10.1177/1363461514543546

41. *Roubeni, S.*, De Haene, L. L., Keatley, E., Shah, N., & **Rasmussen, A**. (2015). "If we can't do it, our children will do it one day": A qualitative study of West African immigrant parents' educational expectations for their children. *American Educational Research Journal, 52*(2), 275-305. DOI: 10.3102/0002831215574576

42. **Rasmussen, A.**, Verkuilen, J., *Ho, E.*, & *Fan, Y.* (2015). Posttraumatic stress among refugees: Measurement invariance across culture in Harvard Trauma Questionnaire scores. *Psychological Assessment, 27*(4), 1160-1170. DOI: 10.1037/pas0000115

43. Chu, T., **Rasmussen, A.**, Akinsulure-Smith, A.M., & Keatley, E. (2015). Exploring community engagement and cultural maintenance among forced and voluntary West African immigrants in New York City. *Journal of International Migration and Integration.* DOI: 10.1007/s12134-015-0443-z

44. De Schryver, M., Vindevogel, S., **Rasmussen, A.**, & Cramer, A.O.J. (2015). Unpacking constructs: A network approach for studying war exposure, daily stressors and post-traumatic stress disorder. *Frontiers in Psychology, 6,* 1-10. DOI: 10.3389/fpsyg.2015.01896

45. Weiss, W. M., Ugueto, A., Mahmooth, Z., Murray, L. K., Hall, B. J., Nadison, M., **Rasmussen, A.**, Lee, J., Vazzano, A., Bass, J., & Bolton, P. (2016). Mental health interventions and priorities for research for adult survivors of torture and systematic violence: a review of the literature and NGO practice. *Torture, 26*(1), 17-24.

46. *Olbert, C. M.*, **Rasmussen, A.**, Gala, G. J., & Tupler, L. A. (2016). Treatment outcome variations between depression symptom combinations in the STAR*D study. *Journal of Affective Disorders*, *201*, 1-7. DOI: 10.1016/j.jad.2016.04.050

47. Akinsulure-Smith, A.M., *Mirpuri, S.*, Chu, T., Keatley, E. & **Rasmussen, A.** (2016). Made in America: Perspectives on friendship in West African Immigrant Families. *Journal of Child and Family Studies, 25*(9), 2765-2777. DOI: 10.0007/s10826-016-0431-8.

48. Miller, K. E., & **Rasmussen, A.** (2017). The mental health of civilians displaced by armed conflict: An ecological model of refugee distress. *Epidemiology and Psychiatric Science, 26*(2): 129-138. DOI: 10.1017/S2045796016000172

49. *Raghavan, S.*, Rosenfeld, B., & **Rasmussen, A.** (2017). Measurement invariance of the Brief Symptom Inventory in survivors of torture and trauma. *Journal of Interpersonal Violence*, *32*(11), 1708-1729. DOI: 10.1177/0886260515619750

50. Glenwick, D. S., Moritsugu, J. N., **Rasmussen, A.**, & Sicker, P. T. (2017). Using fiction in the undergraduate community psychology course. *The Community Psychologist, 50*(1). Retrieved from http://www.scra27.org/publications/tcp/education/

51. Jayawickreme, N., *Mootoo, C. J.*, Fountain, C., **Rasmussen, A.**, Jayawickreme, E., Bertuccio, R. F. (2017). Post-conflict struggles as networks of problems: A network analysis of trauma, daily stressors and psychological distress among Sri Lankan war survivors. *Social Science & Medicine, 190,* 119-132. DOI: 10.1016/j.socscimed.2017.08.027.

52. **Rasmussen, A.**, *Cissé, A.*, *Han, Y.*, & *Roubeni, S.* (2018). Migration factors in West African immigrant parents' perceptions of their children's neighborhood safety. *American Journal of Community Psychology, 61*, 321-331. DOI: 10.1002/ajcp.12230.

53. *Fernandez, J.*, *Mootoo, C. J.*, *Romero, S.*, **Rasmussen, A.** (2018). Role conflict among family childcare providers in the Bronx. *Children & Society, 32*, 470-480. DOI: 10.1111/chso.12282.

54. **Rasmussen, A.**, Verkuilen, J., Jayawickreme, N., Wu, Z, & McCluskey, S. T. (2019). When did PTSD get so many factors? Confirmatory factor models since DSM-5. *Clinical Psychological Science, 7*(2), 234-248. DOI: 10.1177/2167702618809370.

55. Jayawickreme, N., **Rasmussen, A.**, Karasz, A., Verkuilen, J. & Jayawickreme, E. (2019). Network theory can help focus research on the role of culture and context in psychopathology, but don't discount latent variable models (invited commentary). *Behavioral and Brain Sciences.* Published online March 6, 2019. DOI: 10.1017/S0140525X17002266.

56. *Mootoo, C. J.*, Fountain, C., & **Rasmussen, A.** (2019). Formative psychosocial evaluation using dynamic causal networks: Trauma, stressors, and distress among Darfur refugees living in Chad. *Conflict & Health, 13*(30). DOI: 10.1186/s13031-019-0212-2

57. *Auguste, E.,* & **Rasmussen, A.** (2019). Vodou's role in Haitian mental health. *Global Mental Health, 6.* DOI: 10.1017/gmh.2019.23

58. Jutagir, D. R., Mujawar, I., Kim, S. Y., **Rasmussen, A.,** Narang, B., & Gany, F. (2019). Social networks are associated with classes of health care utilization among New York City taxi and for-hire vehicle drivers: A latent class analysis. *Journal of General Internal Medicine.* Advance online publication. DOI: 10.1007/s11606-019-05456-y

59. *Ahmed, S.,* & **Rasmussen, A.** (2020). Changes in social status and post-migration mental health among West African immigrants. *American Journal of Orthopsychiatry, 90*(2), 171-180. DOI: 10.1037/ort0000419

60. *Ahmed, S.,* Minami, H., & **Rasmussen, A.** (2020). The use and misuse of khat: A systematic review of treatments for problematic khat use. *Substance Use and Misuse, 55*(4), 590-601. DOI: 10.1080/10826084.2019.1691595

61. **Rasmussen, A.** & Jayawickreme, N. (2020). Introduction to the special collection: Developing valid psychological measures for populations impacted by humanitarian disasters. *Conflict & Health, 14* (10). DOI: 10.1186/s13031-020-00260-6.

62. Legha, R., Gerbasi, M. E., Smith Fawzi, M. C., Eustache, E., Therosome, T., Fils-Aime, J. R., Raviola, G. J., Affricot, E., Louis-Pierre, E., Alcindor, Y., Severe, J., Boyd, K., Grelotti, D., Darghouth, S., **Rasmussen, A.,** & Becker, A. E. (2020). Improving community-based depression screening in rural Haiti: A validation study of the Zanmi Lasante Depression Screening Inventory in a school-based population of young adults. *Conflict & Health, 14*(13), DOI: 10.1186/s13031-020-0250-9.

63. **Rasmussen, A.,** *Romero, S., Leon, M.,* Verkuilen, J., *Morales, P., Martinez-Mallaganes, S.,* & García-Sosa, I. (2020). Measuring trauma exposure: Counts of potentially traumatic events versus variety in a binational sample. *Journal of Traumatic Stress, 33*(6), 973-983. DOI: 10.1002/jts.22563.

64. Ogle, C. M., Liu, A., Fisher, J. E., Ali, B., **Rasmussen, A.,** & Cozza, S. J. (2020). Development of the bereavement and interpersonal domains codebook. *Death Studies,* 1-9. Online ahead of print. DOI: 10.1080/07481187.2020.1793430.

65. *Anakwenze, O.,* & **Rasmussen**, A. (2021). The impact of parental trauma, parenting difficulty, and planned family separation on the behavioral health of West African immigrant children in New York City. *Psychological Trauma: Theory, Research, Practice,* and Policy, 13(4), 457–466. DOI: 10.1037/tra0001011.

66. Nickerson, A., Byrow, Y., **Rasmussen, A.,** O'Donnell, M. O., Bryant, R. A., Murphy, S., Mau, V., McMahon, T., Benson, G. & Liddell, B. J. (2021). Profiles of exposure to potentially traumatic events in refugees living in Australia. *Epidemiology and Psychiatric Sciences, 30*, e18, 1-12. DOI: 10.1017/S2045796021000068.

67. Brunet, A., Rivest-Beauregard, M., Lonergan, M., Cipoletta, S., **Rasmussen, A.,** Meng, X., Jaafari, N., Romero, S., Superka, J., Brown, A. D., & Sapkota, R. P. (2022). PTSD is not the emblematic disorder of the COVID-19 pandemic; Adjustment Disorder is. *BMC Psychiatry, 22,* 300. DOI: 10.1186/s12888-022-03903-5.

68. **Rasmussen, A.,** *Leon, M.,* & Elklit, A. (2022). Cross-cultural measurement invariance of the Harvard Trauma Questionnaire: Configural, metric, but not scalar invariance across youth samples from nine countries. *Assessment,* OnlineFirst, 1-10. DOI: 10.1177/10731911221101912.

69. *Romero, S. A.,* Feng, Y., Martinez-Mallaganes, S., & **Rasmussen, A.** (in press). Understanding the Disparate PTSD prevalence for U.S. and Mexico via social comparison effect types that inform perception of trauma difficulty. *Psychological Trauma: Theory, Research, Practice, and Policy.*

Under review:

1. Romero, S. A., Rasmussen, A., & Raue, P. J. (under review). Treatment decision-making preferences of older depressed minority primary care patients.

2. Verkuilen, J., Jayawickreme, N., Beiting-Parrish, M., Schonfeld, I. S., Bianchi, R., & **Rasmussen, A.** (under review). Local dependence and small loadings in factor analysis of psychological scales: Identifying the problem, and strategies for handling it.

3. **Rasmussen, A.,** Burke, N., Cissé, A., Ahmed, S. & Gany, F. (under review). Subjective social status, hypertension and obesity among West Africans in New York.

4.  **Rasmussen, A.**, Tsai, W., Jayawickreme, N., *Franklin, C., Setara, R., & Viero, C.* (under review). Sociodemographic and psychological predictors of COVID-19 protective behaviors and vaccine intentions among New York City college students.

BOOK CHAPTERS

1.  Hinton, D. E., Hsia, C., Park, L., **Rasmussen, A.**, & Pollack, M.H. (2009). Cultural Anthropology and the Anxiety Diagnoses. In J. Abramowitz, G. Asmundson, & D. McKay (Eds.), *Current Perspectives on the Anxiety Disorders: Implications for DSM-V and Beyond* (pp. 77-86). New York, NY: Springer Press.
2.  **Rasmussen, A.** (2014). Methodological recommendations for broadening the investigation of refugees and other forced migrants. In M. B. Schenker, X. Castañeda, & A. Rodriguez-Lainz (Eds.) *Migration and health: A research methods handbook.* (Chapter 21, pp. 396-420). Berkeley, CA: University of California Press.
3.  **Rasmussen, A.**, Akinsulure-Smith, A. S., & Chu, T. (2015). Grounded Theory. In L. Jason, & D. Glenwick (Eds.) *Handbook of methodological approaches to community-based research.* New York, NY: Oxford University Press.
4.  **Rasmussen, A.,** & *Ahmed, S.* (2017). Torture, psychological effects of. In A. Wenzel (Ed.), *The SAGE Encyclopedia of Abnormal and Clinical Psychology.* Thousand Oaks, CA: SAGE Publications, Inc. DOI: 10.4135/9781483365817.n1424
5.  **Rasmussen, A.,** & *Romero, S.* (2017). Trauma- and stressor-related disorders: Cultural factors. In A. Wenzel (Ed.), *The SAGE Encyclopedia of Abnormal and Clinical Psychology.* Thousand Oaks, CA: SAGE Publications, Inc. DOI: 10.4135/9781483365817.n1424
6.  **Rasmussen, A.**, Miller, K. E., & Verkuilen, J. (2018). Conceptualization and measurement of traumatic events among refugees and other war-affected populations. In N. Morina & A. Nickerson (Eds.), *Mental health in refugee and post-conflict populations.* New York, NY: Springer Press.
7.  *Cissé, A.*, De Haene, L. L., Keatley, E., & **Rasmussen, A.** (2020). Pre- and post-migration trauma and adversity: Sources of resilience among West African refugee families. In L. De Haene & C. Rousseau (Eds.), *Working with refugee families: Coping with trauma and displacement in* family relationships. Cambridge, UK: Cambridge University Press.
8.  *Cissé, A.,* & **Rasmussen, A.** (2021). Qualitative Methods. In *Reference Module in Neuroscience and Biobehavioral Psychology*, Elsevier. DOI: 10.1016/B978-0-12-818697-8.00216-8
9.  Jayawickreme, N., Knight, S., **Rasmussen, A.**, & Ryder, A. G. (2021). Cultural Issues in Psychological Assessment. In M. Bagby & M. Sellbom (Eds.), Comprehensive Clinical Psychology, 2nd Edition.  Oxford, UK: Pergamon.

OTHER PUBLICATIONS

1.  Rasmussen, A. (2010, March 15). Americanizing the global mind? [Review of the book Crazy Like Us: The Globalization of the American Psyche]. Stats.org. Available electronically at http://stats.org/stories/2010/americanizing_global_mind_3_15_10.html
2.  Rasmussen, A. (2010, November). Monitoring & evaluation in the real world: Evaluating a psychosocial program for Darfur refugees in eastern Chad. Public Health in Action; New York University Public Health Discovery Portal. Available at http://www.nyu.edu/mph/discover/monitoring_evaluation.html
3.  Rasmussen, A. (2012, November 22). After the storm: When neighbors help. [Letter to the Editor]. *The New York Times*, p. A28.
4.  Rasmussen, A. (2013, March 2). Presidential-ballot proposals. [Letter to the Editor]. *The Economist*, p. 16.
5.  **Rasmussen, A.** (2013). Trauma and other stressors in the lives of refugees: Implications for treatment. *NYSPA Notebook, 25*, 6-7.
6.  Nickerson, A., Asnaani, A., Carlsson, J., Fazel, M., Knaevelsrud, C., Liddell, B., Neuner, F., Newnham, E., & **Rasmussen, A.** (2017). Trauma and mental health in forcibly displaced populations: An International Society for Traumatic Stress Studies Briefing Paper. Available electronically at https://istss.org/public-resources/istss-briefing-papers/trauma-and-mental-health-in-forcibly-displaced-pop

**TECHNICAL REPORTS & MONOGRAPHS**

1. **Rasmussen, A.** (2002). *Evaluation of Peer Court, Inc.: 1993-2001 statistics and recidivism.* Report presented to the Board of Directors of Peer Court, Inc., Danville, IL. University of Illinois at Urbana-Champaign. Available electronically at http://www.ag.state.il.us/communities/youthadvocacy/uiuc_peer_court_study.pdf
2. Keller, A. S., **Rasmussen, A.**, Reeves, K., & Rosenfeld, B. (2005). Evaluation of Credible Fear referral in Expedited Removal at ports of entry in the United States. In *Report on Asylum Seekers in Expedited Removal*, Washington, D.C.: United States Commission on International Religious Freedom.
3. **Rasmussen, A.**, Nguyen, L., & Wilkinson, J. (2007). *Evaluation of the Hebrew Immigrant Aid Society's psychosocial programs in Eastern Chad.* New York, NY: Program for Survivors of Torture. Report to the Bureau of Population, Refugees and Migration, United States Department of State.
4. **Rasmussen, A.**, Green, E. P., & Stewart, S. A. (2009). *Protection narratives of refugees from Darfur and the Central African Republic living in Chad.* New York, NY: Program for Survivors of Torture. Report to the Hebrew Immigrant Aid Society and Mapendo International.
5. **Rasmussen, A.** (2009). *Evaluation of the targeted capacity-building programs of the Center for Victims of Torture's International Capacity-Building project: The Trauma Healing Initiative and the International Research and Program Evaluation Collaborative.* New York, NY: Andrew Rasmussen. Report to the Victims of Torture Fund, United States Agency for International Development (USAID).
6. **Rasmussen, A.**, & Proctor, A. (2012). Organizational Assessment of Counseling Services Unit, Harare, Zimbabwe. New York, NY and Cape Town, RSA. Report to the Victims of Torture Fund, United States Agency for International Development (USAID).
7. **Rasmussen, A.**, & Carew, K. (2013). Victims of Torture Fund assessment of The Asia Foundation's program in Sri Lanka. New York, NY and Monrovia, Liberia. Report to the Victims of Torture Fund, United States Agency for International Development (USAID).
8. Carew, K. & **Rasmussen, A.** (2015). Evaluation of the Center for Victims of Torture PATH project. Managua, Nicaragua and New York, NY. Report to the Victims of Torture Fund, United States Agency for International Development (USAID).
9. Cruise, K. R., & **Rasmussen, A.** (2020). *Expert report of Dr. Keith Cruise and Dr. Andrew Rasmussen in support of Lucas R. et al., vs. Alex Azar et al.* Submitted to the Central District of California, United States District Court.

**PRESENTATIONS**

INVITED PRESENTATIONS

1. Keller, A. S., & **Rasmussen, A.** (2005, February). Evaluation of Credible Fear referral in Expedited Removal at ports of entry in the United States. Briefing to staff of House Judiciary Committee, U.S. Congress, Washington, D.C.
2. Hetfield, M, Jastram, K., Hartsough, T., & **Rasmussen, A.** (2005, February). Strangers No Longer: Immigration Law & Policy in the Light of Religious Values. Invited presentation at the Scholar's Workshop, Fordham University School of Law.
3. Rosenfeld, B. & **Rasmussen, A.** (2005, March). Coming to America: An evaluation of expedited removal and credible fear referrals at ports of entry in the U.S. Invited presentation at the Center for the Study of Law, Language and Cognition, Brooklyn Law School.
4. **Rasmussen, A.**, Keller, A. S., Rosenfeld, B., Bazing, I., Kassner, R., & Reeves, K. (2005, October). Forensic evaluation of reports of political violence for a cremation lawsuit in Punjab. Invited presentation to the 2005 Annual Meeting of the North American Sikh Medical and Dental Association, Parsippany, NJ.
5. **Rasmussen, A**. (2009, January). Culture-bound diagnostic categories among Darfur refugees: Hozun and majnun. Invited presentation at Grand Rounds in the Department of Psychiatry, State University of New York Downstate Medical Center, Brooklyn, NY.

6. **Rasmussen, A.** (2009, October). Psychosocial programming: Concepts, evidence, stories. Invited presentation to the NGO Committee on Mental Health for World Mental Health Day, United Nations, New York, NY.

7. **Rasmussen A.** (2009, October). Forensic assessment for human rights in Punjab. Invited presentation at Punjabi Survivors of Torture, Kwantlen Polytechnic University, Surrey, BC.

8. **Rasmussen, A.** (2010, February). Forensic assessment for human rights: Punjab, 2005. Invited presentation at Conflict, Security and Development: Issues, Actors and Approaches, New York University Department of Public Health, New York, NY.

9. **Rasmussen, A.** (2011, January). Mental health care in refugee camps: Perspectives, evidence, and a story. 2011 Northwestern University Conference on Human Rights, Northwestern University, Evanston, IL.

10. **Rasmussen, A.** (2011, April). Forced migration and child well-being. Invited presentation at A symposium on Migrant Youth: The Relationship of Education to Health. New York University Steinhardt School of Culture, Education, and Human Development, New York, NY.

11. **Rasmussen, A.** (2012, May). Gender, polygamy and distress among Darfur refugees. Invited presentation in the symposium on Disasters and Cultural Psychiatry, Society of the Study of Psychiatry and Culture, New York, NY.

12. **Rasmussen, A.**, Joscelyne, A., & Keatley, E. (2013, June). A review of cross-cultural perspectives on psychological trauma. Invited presentation to the Global Mental Health T32 fellowship program, Columbia University Faculty of Medicine, New York, NY.

13. **Rasmussen, A.** (2013, September). The future of psychosocial programming: From implementing treatment programs to developing mental health sectors. Keynote at International Conference: Children and youth affected by armed conflict: Where to go from here? Kampala, Uganda.

14. **Rasmussen, A.** (2014, February). West African immigrants and family court: Tradition, community, and 9-1-1. Invited presentation to the Queens County Bar Association. Queens, NY.

15. **Rasmussen, A.** (2014, February). Dilemmas in Global Mental Health. Invited presentation as part of SUNY Downstate Global Health Week. State University of New York Downstate Medical Center, Brooklyn, NY.

16. **Rasmussen, A.** (2014, February). Measuring psychological distress in postconflict settings: Stories, reflection, guidelines. Manhattan College, Bronx, NY.

17. **Rasmussen, A.** (2014, October). Displaced populations and human trafficking. Panel presentation at Human trafficking and armed conflict: A multidisciplinary conference. American Red Cross, Washington, DC.

18. **Rasmussen, A.**, (2014, October). Assessing mental health problems in post conflict and disaster settings: What, how, and why. Invited presentation to the Yale Global Mental Health Program, Department of Psychiatry, Yale University, New Haven, CT.

19. **Rasmussen, A.**, (2014, October). Culture and clinical assessment in post-conflict populations. Invited presentation to the Department of Psychology, Yale University, New Haven, CT.

20. **Rasmussen, A.**, (2014, November). Trauma, culture & response style: Measuring psychological distress in humanitarian aid settings. Invited presentation to the Division of Clinical Psychology, Department of Psychology, Queens College, CUNY, Queens, NY.

21. **Rasmussen, A.** (2014, November). The psychometrics of humanitarian aid settings: Culture, trauma & clinical distress. Invited presentation to the Division of Clinical Psychology, Department of Psychology, Stony Brook University, SUNY, Stony Brook, NY.

22. **Rasmussen, A.** (2016, April). Ways African immigrants are represented in research, and research priorities and challenges. Panel member, Challenges and pathways to success for African Immigrant women and children in the U.S., New York University Silver School of Social Work, NY, NY.

23. **Rasmussen, A.**, *Romero, S.*, & García Sosa, I. (2018, April). PTSD on both sides of the US-Mexico border: Trauma, symptoms, and cultural response styles. Invited presentation at Grand Rounds in the Department of Psychiatry, Lenox Hill Hospital, New York, NY.

24. **Rasmussen, A.** (2018, November). Teaching about refugees. Invited panel presentation at Global Initiatives in Refugee and Migrant Education, Manhattan College, Bronx, NY.

25. **Rasmussen, A.** (2021, May). Culture, Trauma and Distress. Invited panel presentation in *Trauma and its impact on human behaviors* at the Human Security, Violence, and Trauma: Psychological Responses and Political Impacts of Conflict Conference, University of California at Berkeley, Berkeley, CA.

CONFERENCE PRESENTATIONS (italicized authors were Fordham students at presentation)

1. Gwadz, M., Rotheram-Borus, M. J., Lee, M., Cisek, L., **Rasmussen, A.** & Lightfoot, M. (1999, July). *An intervention to help adolescents maintain positive health while living with a parent with AIDS.* Paper presented at the Bi-Annual AIDS Impact: Biopsychosocial Aspects of AIDS Infection Conference, Ottawa, Ontario, Canada.

2. **Rasmussen, A.** & Meinrath, S. D. (2000, June). *Building "data credibility" through community input.* In M.S. Aber (Chair), *Addressing racial inequities in public schools using social climate research.* Symposium conducted at the third stand-alone conference of the Society for the Psychological Study of Social Issues, Minneapolis, MN.

3. **Rasmussen, A.**, Reid, A., & Meinrath, S. D. (2001, June). *Constructing racial climate surveys: reaction, success and lessons learned.* In M. S. Aber (Chair), *Confronting educational inequities: An examination of school climate.* Symposium conducted at the 8th Biennial Conference of the Society for Community Research and Action, Atlanta, GA.

4. **Rasmussen, A.**, & Aber, M. S. (2001, June). *Coping and Urban Adolescents' Perceptions of Safety.* In S. Pedersen (Chair), *Conceptualizing competence in adolescence: Conceptual frameworks and empirical strategies.* Symposium conducted at the 8th Biennial Conference of the Society for Community Research and Action, Atlanta, GA.

5. **Rasmussen, A.**, Reid, A., & Meinrath, S. D. (2002, June). *Response to the Champaign School Climate Survey: Community reaction extends racial climate and highlights challenges ahead.* In M. S. Aber (Chair), *Addressing racial inequities in public schools: Amplifying community voice.* Symposium conducted at the fourth stand-alone conference of the Society for the Psychological Study of Social Issues, Toronto, ON.

6. **Rasmussen, A.** (2002, November). *Reinvention or replication of juvenile justice? Youth and adult perceptions of teen court.* Paper presented at the 2002 American Society of Criminology Annual Meeting, Chicago, IL.

7. **Rasmussen, A.**, Okazaki, S., Bracey, J., Groot, A., Lee, M., Mattison, E., Radek, M. & Uqdah, A. (2003, June). *Clinic-refugee center collaboration: A case study in culturally appropriate service.* In J. Graf (Chair), *Culture and identity politics in community and academic contexts.* Symposium conducted at the 9th Biennial Conference of the Society of Community Research and Action, Las Vegas, NM.

8. **Rasmussen, A.** (2003, June). *Recidivism after teen court: Peer sentencing, referral agents, and a little speculation.* In **A. Rasmussen** (Chair), *Juvenile Justice: Systemic dilemmas and responses.* Symposium conducted at the 9th Biennial Conference of the Society of Community Research and Action, Las Vegas, NM.

9. **Rasmussen, A.**, Watt, K.A., & Diener, C. (2004, March). *Concurrent validity of the MAYSI-2: Staff perceptions and MACI Subscales of youth in a detention center.* Paper presented at the annual meeting of the American Psychology-Law Society (Division 41 of the American Psychological Association), Phoenix, AZ.

10. Watt, K.A., **Rasmussen, A.**, & Diener, C. (2004, March). *The predictive validity of the MAYSI-2: A promising instrument for assessing institutional adjustment of juvenile offenders.* Paper presented at the annual meeting of the American Psychology-Law Society (Division 41 of the American Psychological Association), Phoenix, AZ.

11. **Rasmussen, A.**, Watt, K.A., & Diener, C. (2004, March). *MAYSI-2 subscales, institutional disciplinary measures and mental health services.* In **A. Rasmussen** (Chair), Perspectives on delinquency and juvenile justice: Peers, parents, and mental health. Symposium presented at the 10th Biennial Meeting of the Society for Research on Adolescence, Baltimore, MD.

12. **Rasmussen, A.**, Reeves, K., Rosenfeld, B., & Keller, A. S. (2005, June). *Seeking Asylum in the US: An empirical evaluation of practices at ports of entry.* In **A. Rasmussen** (Chair), Research and practice with refugees and asylum seekers. Symposium presented to the 10th Biennial Conference of the Society of Community Research and Action, Champaign-Urbana, IL.

13. Sachs, E., Rosenfeld, B., Keller, A. S., & **Rasmussen, A.** (2005, November). *Torture, persecution and traumatic experiences among Tibetan refugees.* In A.S. Keller (Chair), Torture and persecution in Tibet: A study of Tibetan refugees. Symposium presented to the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, ON.

14. **Rasmussen, A.**, Sachs, E., Banu, S., Rosenfeld, B., & Keller, A. S. (2005, November). *(Hints at) The phenomenology of PTSD among Tibetan refugees.* In A.S. Keller (Chair), Torture and persecution in Tibet: A study of Tibetan refugees. Symposium presented to the 21st Annual Meeting of the International Society for Traumatic Stress Studies, Toronto, ON.

15. **Rasmussen, A.** (2006, March). Traumatic experiences and psychological distress among Punjabi Litigants. In A.S. Keller and B. Rosenfeld (Chairs), Death and disappearance in Punjab: Where forensic assessment becomes human rights investigation. Symposium presented to the 2006 American Psychology-Law Society Conference, St. Petersburg, FL.

16. **Rasmussen, A.**, & Rosenfeld, B. (November, 2006). Measuring trauma severity: A few examples and many questions. Conference on Innovations in Trauma Research, Los Angeles, CA.

17. **Rasmussen, A.**, Smith, H., & Keller, A. S. (2006, November). *Posttraumatic symptom structure among African asylum seekers.* In **A. Rasmussen** (Chair), Posttraumatic stress disorder in four non-Western cultures: What part of PTSD don't you understand? Symposium presented to the 22nd Annual Meeting of the International Society for Traumatic Stress Studies, Hollywood, CA.

18. **Rasmussen, A.**, Nguyen, L., & Wilkinson, J. (2007, November). Polygamy in conflict settings: Distress and marriage among Darfuri refugees. In J. Annan (Chair), War-affected women and girls in three African conflicts: Wives, mothers, soldiers. Symposium presented to the 23rd Annual Meeting of the International Society for Traumatic Stress Studies, Baltimore, MD.

19. Venters, H. D., **Rasmussen, A.**, & Keller, A. S. (2008, April). Death of a patient with AIDS after prophylactic dapsone is withheld by Immigration and Customs Enforcement. Poster presented at the 31st Annual Meeting of the Society for General Internal Medicine.

20. Jae, G. A., **Rasmussen, A.**, & Keller, A. S. (2008, April). Primary care services for survivors of torture: A qualitative study of provider attitudes. Poster presented at the 31st Annual Meeting of the Society for General Internal Medicine.

21. **Rasmussen, A.**, & Annan, J. (2008, June). Darfuri communities in Chad: Social ecological determinants of distress in refugee camps. In **A. Rasmussen** (Chair), The creation and re-creation of war-affected communities. Symposium presented to the 2nd Biannual International Conference of Community Psychology, Lisbon, Portugal.

22. **Rasmussen, A.**, *Sachs, E.*, & *Raghavan, S.* (2008, July). Reliability of definitions of torture. In B. Rosenfeld (Chair), Defining torture: Does it matter what we call it? Symposium presented to the 8th Annual Meeting of the International Association of Forensic Mental Health Services, Vienna, Austria.

23. *Green, D.*, **Rasmussen, A.**, & Rosenfeld, B. (2008, August). Torture research: A review of the definition of torture. Poster presented at the Annual Conference of the American Psychological Association. Boston, MA.

24. **Rasmussen, A.** (2008, November). Idioms of psychological distress among Darfuri refugees. In R. Bryant (Chair), The nature and extent of traumatic stress in refugees. Symposium presented to the 24th Annual Meeting of the International Society for Traumatic Stress Studies, Chicago, IL.

25. **Rasmussen, A** (2009, March). *Hozun* and *majnun*: Posttraumatic stress among Darfur refugees. In R. Lewis-Fernandez (Chair), PTSD and idioms of distress. Symposium presented at the 2009 Anxiety Disorders Association of America Annual Conference, Santa Ana Pueblo, NM.

26. **Rasmussen, A**, Akinsulure-Smith, A., Chu, T., & Keatley, E. (2010, May). Assessing family conflict in West African immigrant families. In D. Hinton (Chair), Culturally Sensitive Assessment of Psychologically Distressed Ethnic and Non-English Speaking Populations. Symposium presented at the 2010 meeting of the American Psychiatric Association, New Orleans, LA.

27. **Rasmussen, A**, Chu, T., Akinsulure-Smith, A., & Keatley, E. (2010, Oct.). The social ecology of solving family conflict in West African communities in New York. Paper presented at the 9th international Conference on Urban Health, New York, NY.

28. **Rasmussen, A**, Chu, T., Keatley, E., & Akinsulure-Smith, A. (2011, June). Community resilience and conflict among West African migrants to New York City. Paper presented at the 13th Biennial Conference of the Society for Community Research and Action, Chicago, IL.

29. **Rasmussen, A.**, Akinsulure-Smith, A., Chu, T., & Keatley, E. (2012, May). Public institutions within problem-solving strategies of West African families in New York City. Presented in *Treatment Approaches in Cultural Psychiatry*, Society of the Study of Psychiatry and Culture, New York, NY.

30. **Rasmussen, A**. (2012, November). Introduction. In **A. Rasmussen** (Chair), Trauma responses in four non-Western populations: Beyond DSM boundaries? Symposium presented to the 28th Annual Meeting of the International Society of Traumatic Stress Studies, Los Angeles, CA.

31. *Roubeni, S.*, De Haene, L., Keatley, E., **Rasmussen, A.** (2013, April). Parents' perceptions of loss and hope among forced and voluntary West African migrants. Poster presented at the 2013 Biennial Meeting of the Society for Research on child Development, Seattle, WA.

32. *Jeswani, S.*, **Rasmussen, A.**, Akinsulure-Smith, A., & Chu, T. (2013, June). Stressors and coping strategies among West African immigrant youth. Presentation at the 25th Annual Ethnographic and Qualitative Research Conference, Cedarville, OH.

33. *Roubeni, S.*, De Haene, L., Keatley, E., **Rasmussen, A.** (2013, June). Parents' Educational Hopes in the Context of Migration: A Qualitative Study of West African Immigrants in New York. Paper presented at the 25th Annual Ethnographic & Qualitative Research Conference, Cedarville, OH.

34. **Rasmussen, A.**, *Kanji, A.*, & Bah, M. (2013, June). The social ecology of forced migration: Childcare networks of Fulani immigrants in New York. Paper presented at *Global Health and Well-Being: The Social Work Response*, NYU Silver School of Social Work, New York, NY.

35. **Rasmussen, A.**, *Kanji, A., & Roubeni, S.* (2013, November). Social networks among West Africans in New York City: Comparing refugees and voluntary immigrants. Paper presented to the 29th Annual Meeting of the International Society of Traumatic Stress Studies, Philadelphia, PA.

36. **Rasmussen, A**., & Verkuilen, J. (2013, November). Using case diagnostics to explore cultural variability in the four factor model of PTSD. Paper presented to the 29th Annual Meeting of the International Society of Traumatic Stress Studies, Philadelphia, PA.

37. Wyka, K. Verkuilen, J., **Rasmussen, A.**, & Difede, J. (2013, November). The impact of DSM-5 revisions on the reliability of the PTSD diagnosis. Paper presented to the 29th Annual Meeting of the International Society of Traumatic Stress Studies, Philadelphia, PA.

38. *Roubeni, S.*, **Rasmussen, A.**, Keatley, E., & De Haene, L. (2014, April). Immigrant Parents' Educational Hopes for Their Children: A Qualitative Study of West Africans in New York. Paper presented at the 2014 AERA Annual Meeting, Philadelphia, PA.

39. **Rasmussen, A.**, Bah, M. & Gany, F. (2014, September). Refugee and voluntary migrants' childcare networks in a West African community in New York City. Paper presented at the 2nd United States Conference on African Immigrant Health, Pittsburgh, PA.

40. **Rasmussen, A.**, Keatley, E., & De Haene, L. (2014, November). Comparing forced and voluntary migration narratives in West African families in New York City. Paper presented to the 30th Annual Meeting of the International Society of Traumatic Stress Studies, Miami, FL.

41. *Wong, C., Hurley, L.*, & **Rasmussen, A.** (2015, May). Assessing psychometric properties of the Harvard Trauma Questionnaire and the Brief Symptoms Inventory for West African Migrants: A Classical Test Theory application. Poster presented at the Association for Psychological Science Annual Meeting, New York, NY.

42. **Rasmussen, A.**, Varner, F., *Romero, S., Mootoo, C. & Satkowski, L.* (2015, June). The Fordham – WHEDco childcare collaboration: A case study in community-campus partnership to improve home-based childcare in the Bronx. Symposium presented at the 27th Biennial of the Society for Research and Action, Lowell, MA.

43. **Rasmussen, A.,** & Jayawickreme, N. (2016, May). Scale concerns in cross-cultural comparison of scores. Workshop presented at the 2016 Meeting of the Society for the Study of Psychiatry and Culture, Minneapolis, MN.

44. **Rasmussen, A., &** Verkuilen, J. (2016, May). A global PTSD scale for refugees? Measurement invariance of the Harvard Trauma Questionnaire. Paper presented at the 2016 Meeting of the Association for Psychological Science, Chicago, IL.

45. *Mootoo, C., Romero, S.*, Fountain, C., & **Rasmussen, A.** (2016, June). Family Childcare Providers' Workplace Networks, Job Burnout, and Stress. Paper presentation at the 2016 Society for the Psychological Study of Social Issues Annual Conference, Minneapolis, MN.

46. **Rasmussen, A.**, & *Mootoo, C.* (2017, May). Comparing networks of distress: PTSD, depression, and *hozun.* In **Rasmussen, A.** (Chair), Network science approaches to studying war affected populations. At the Association for Psychological Science, Boston, MA.

47. *Mootoo, C.* & **Rasmussen, A.** (2017, May). A network representation of trauma, stressors, and distress among Darfur refugees in eastern Chad. In **Rasmussen, A.** (Chair), Network science approaches to studying war affected populations. Symposium at the Association for Psychological Science, Boston, MA.

48. **Rasmussen, A.** (2017, June). Research with West African immigrants: The Union Fouta research collaboration. Symposium (Role: Chair) at the Society for the Psychological Studies of Social Issues' 2017 Conference, Albuquerque, NM.

49. **Rasmussen, A.**, *Romero, S.*, Verkuilen, J., & Garcia-Sosa, I. (2018, October). PTSD in the U.S. and Mexico: Measurement invariance of the PCL-5 across nation and ethnic group. In **Rasmussen, A.**, chair, Measuring posttraumatic stress disorder across culture. Symposium at the 5th World Congress of Cultural Psychiatry, New York, NY.

50. Jutagir, D. R., Mujawar, I., Kim, S. Y., **Rasmussen, A.**, Narang, B., & Gany, F. (2019, March). Social correlates of health care utilization among New York City taxi drivers: A latent class analysis. Accepted for poster presentation at the 40th Annual Meeting of the Society of Behavioral Medicine, Washington, D.C.

51. *Ahmed, S.*, & **Rasmussen, A.** (2019, May). Khat use norms and dependence among Somalis in Mogadishu. In S. Ahmed (Chair), Global Mental Health and Substance Use: Considerations Regarding the Prevalence, Assessment and Treatment of Substance Use Disorders in Low-and-Middle Income Countries. Symposium conducted at the Association for Psychological Science 31st annual convention, Washington, D.C.

52. **Rasmussen, A.**, Verkuilen, J., Jayawickreme, N., Wu, Z., & McCluskey, S. T. (2019, May). When did PTSD get so many factors: Confirmatory factor models since 2013. In N. Jayawickreme (Chair), Confirmatory Factor Analysis Models of Posttraumatic Stress Disorder: A Critique and Some Better Practice Suggestions. Symposium conducted at the Association for Psychological Science 31st annual convention, Washington, D.C.

53. *Ahmed, S.*, & **Rasmussen, A.** (2019, June). Subjective Social Status and Unmet Post-migration Expectations Among West African Immigrants. In S. Ahmed (Chair), Post-migration Factors that Impact Adjustment and Wellbeing Among West African Immigrants. Symposium conducted at the annual conference of the Society for the Psychological Study of Social Issues, San Diego, CA.

54. *Leon, M.*, Feuerstahler, L., *Romero, S.*, & **Rasmussen, A.** (2019, June). *Susto*, PTSD, and Cultural Identity in Mexico and the U.S. In C. Mootoo (Chair), *Intersections between Social Identity and Psychological Distress.* Symposium conducted at the Society for the Psychological Study of Social Issues, San Diego, California.

55. *Mootoo, C.*, Yip, T., & **Rasmussen, A.** (2019, June). Discrimination, Adolescent Well-Being, and American and Ethnic-Racial Identity, In C. Mootoo (Chair), *Intersections between social Identity and psychological functioning.* Symposium conducted at the annual conference of the Society for the Psychological Study of Social Issues, San Diego, CA.

56. **Rasmussen, A.**, *Romero S., Leon, M., Morales, P., & Martinez-Mallaganes, S.* (2019, November). *Do event checklists really measure trauma severity? Variety and frequency of trauma exposure in the U.S. and Mexico.* Presented at the 35th Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

57. *Leon, M.*, Feuerstahler, L., *Romero, S.*, & **Rasmussen, A.** (2019, November). Cross-cultural comparison of PTSD and posttraumatic growth using item response theory: Comparisons between Mexican and U.S. participants. Presented at the 35th Annual Meeting of the International Society for Traumatic Stress Studies, Boston, MA.

58. *Romero, S.*, **Rasmussen, A.**, & Lipton, A. (2020, November). Mexicans' Perceptions of Trauma and its Relation to Post-Trauma Outcomes: An Examination Using a Social Comparison Theoretical Framework. Paper presentation at the 2020 International Society for Traumatic Stress Studies Annual Conference, Atlanta, GA (Virtual Conference).

59. *Ahmed, S.* & **Rasmussen, A.** (2020, November). PTSD severity, *khat* use, and trauma exposure among Somalis in Mogadishu. In Nickerson, A. (Chair), *Examining psychological outcomes in trauma affected populations in low-resource contexts: The importance of triangulation of methods.*

Symposium at the 2020 annual conference of the International Society for Traumatic Stress Studies. (Virtual Conference).

60. *Coquillon, E., Anakwenze, O.,* & **Rasmussen, A.** (2021, July). Trauma and resilience among Black women in the United States. In paper session Unpacking Trauma. 6th Biennial of the Society for the Psychological Study of Culture, Ethnicity and Race. (Virtual conference).

61. *Leon, M.,* & **Rasmussen, A.** (2021, August). Migration Factors and Mental Health in Central American Migrants. Paper presented at Society for the Psychological Studies of Social Issues Virtual Conference.

62. **Rasmussen, A.** (2021, November). Discussant in symposium, Nickerson, A. (Chair). Understanding the Impact of Contextual and Psychological Factors on Refugee Mental Health. Symposium at the 2021 annual conference of the International Society for Traumatic Stress Studies. (Virtual Conference).

63. *Leon, M.,* Feuerstahler, L., Romero, S., & **Rasmussen, A.** (2021, November). Susto and Cross-Cultural and Cross-National Differences. Paper presented at the International Society for Traumatic Stress Studies Virtual Conference.

**MENTORING**

Under direct supervision:

| Period | Name | Position | Current position |
|---|---|---|---|
| *Current:* | | | |
| 2016 - present | Aïcha Cissé, MA | Doctoral Candidate, Fordham University | Doctoral Candidate, Fordham University |
| 2018 - present | Michelle Leon, MA | Doctoral Candidate, Fordham University | Doctoral Candidate, Fordham University |
| 2018 - present | Obianujunwa Anakwenze, MA | Doctoral Candidate, Fordham University | Ford Foundation Predoctoral Fellow, Fordham University |
| 2019 - present | Erzulie Coquillon, JD | Doctoral Candidate, Fordham University | Doctoral Candidate, Fordham University |
| 2020 – present | Laís Granemann, MA | Doctoral Candidate, Fordham University | Doctoral Candidate, Fordham University |
| 2021 – present | Camille Zolopa, BA | Master's Candidate, Fordham University | Master's Candidate, Fordham University |
| 2021 – present | Rachel Bayeh, BS | Master's Candidate, Fordham University | Master's Candidate, Fordham University |
| 2021 – present | Zahara Shidad, BA | Master's Candidate, Fordham University | Master's Candidate, Fordham University |
| *Completed:* | | | |
| 2004 – 2007 | Tracy Chu, PhD, MPH | Doctoral candidate, CUNY Graduate Center | Associate Professor, Brooklyn College, CUNY |
| 2005 | Joseph Shin, MD | Medical student, NYU School of Medicine | Medical Director, Weill Cornell Center for Human rights |

| Period | Name | Position | Current position |
|---|---|---|---|
| 2007 – 2008 | Jeannie Annan, PhD | Postdoctoral Research Fellow, NYU School of Medicine | Research Director, International Rescue Committee |
| 2006 – 2009 | Gina Jae, MD | Research Associate, NYU School of Medicine | Assistant Professor, Barnard College |
| 2008 – 2009 | Homer Venters, MD | Research Associate, NYU School of Medicine | Director of Prison Health, New York State Department of Health |
| 2008 – 2009 | Franziska Bertram, BA | Research Assistant, NYU School of Medicine | Doctoral Candidate, Stanford University |
| 2008 – 2009 | Eric Green, PhD | Postdoctoral Research Fellow, NYU School of Medicine | Adjunct Assistant Professor, Duke Global Health Institute, Duke University |
| 2009 – 2010 | Alaina Hill, MA | Research Associate, NYU School of Medicine | Manager, Metropolitan WIC Program, Public Health Solutions |
| 2009 – 2011 | Mia Crager, BA | Research Associate, NYU School of Medicine | Law student, Stanford Law School |
| 2010 – 2011 | Lucia DeHaene, PhD | Postdoctoral Research Fellow, NYU School of Medicine | Assistant Professor, Katholieke Universiteit Leuven, Belgium |
| 2010 – 2012 | Eva Keatley, PhD | Research Assistant, NYU School of Medicine | Postdoctoral fellow, Johns Hopkins School of Medicine |
| 2016 - 2017 | Josephine Fernandez, BS | Undergraduate Honor's Thesis Candidate, Fordham University | MSW, Columbia University School of Social work |
| 2016-2017 | Kasey Cruz, BA | Master's Candidate, Fordham University | MA, International Institute for Humanitarian Affairs, Fordham University |
| 2017-2018 | Jacklyn Corsitto, BS | Undergraduate Honor's Thesis Candidate, Fordham University | BS, Fordham University |
| 2012 - 2018 | Sonia Roubeni, PhD | Doctoral Candidate, Fordham University | PhD, Fordham University |
| 2013 - 2019 | Sara Romero, PhD | Doctoral Candidate, Fordham University | Postdoctoral fellow, Global Mental Health, Harvard Medical School |
| 2014 - 2019 | Candace Mootoo, PhD | Doctoral Candidate, Fordham University | Psychotherapist, Judith S. Kaye High School/Co-Op Tech |
| 2018 - 2019 | Anna Sunseri, MA | Master's Candidate, Fordham University | MA, International Institute for Humanitarian Affairs, Fordham University |

| Period | Name | Position | Current position |
|---|---|---|---|
| 2015 - 2021 | Sagal Ahmed, MA | Doctoral Candidate, Fordham University | Postdoctoral fellow secured, Cambridge Health Alliance/Harvard Medical School—Victims of Violence |
| 2016 – 2021 | Ciara Nestor, MA | Doctoral Candidate, Fordham University | Postdoctoral Evaluation Fellowship, Centers for Disease Control |

In advisory function (i.e., reader, external reader, consultant):

| Period | Name | Position | Current position |
|---|---|---|---|
| *Current:* | | | |
| 2021 – present | Maria Apacero-Suero, MA | Doctoral candidate, Fordham University | Doctoral candidate, Fordham University |
| *Completed*: | | | |
| 2004 – 2007 | Joshua Hooberman, PhD | Doctoral candidate, Fordham University | Private Practice |
| 2006 – 2011 | Emily Sachs, PhD | Doctoral candidate, Fordham University | Private Practice |
| 2007 - 2009 | Dechen Lhewa, PhD | Doctoral candidate, Boston University | Private Practice |
| 2007– 2009 | Debbie Green, PhD | Graduate Student, Fordham University | Associate Professor, Farleigh Dickinson University |
| 2008 – 2011 | Tia Dole, PhD | Doctoral candidate, Fordham University | Director of Psychological Services, North Central Bronx Hospital |
| 2010 – 2011 | Eric Lewandowski, PhD | Doctoral candidate, Teacher's College, Columbia University | Research Associate, Columbia University |
| 2010 – 2011 | Nilofer Naqvi, PhD | Doctoral candidate, CUNY | Assistant Professor, Iona College |
| 2011 – 2012 | Katarzyna Wyka, PhD | Doctoral Candidate, CUNY | Research Fellow, CUNY |
| 2011 – 2013 | Sumithra Raghavan, PhD | Doctoral Candidate, Fordham University | Assistant Professor, William Patterson University |
| 2012 – 2013 | Amy Joscelyne, PhD | Doctoral Candidate, University of New South Wales | Ph.D., University of New South Wales |
| 2013 | Carmel Salhi, DS/DPH | Doctoral Candidate (DS/DPH), Harvard School of Public Health | Research Fellow in Pediatrics, Children's Hospital Boston |
| 2010 – 2013 | Rebecca Weisz, PhD | Doctoral candidate, Fordham University | Assistant Professor, John Jay College of Criminal Justice, CUNY |

| Period | Name | Position | Current position |
|---|---|---|---|
| 2013 - 2014 | James Marcus, PhD | Doctoral Candidate, Fordham University | Psychometrician, Center for Applied Linguistics |
| 2013-2014 | Stephanie Vuotto, PhD | Doctoral Candidate, Fordham University | Postdoctoral Research Fellow, St. Jude Children's Research Hospital |
| 2013-2014 | Alison Schaefer, PhD | Doctoral Candidate, Swinburne University of Technology | Mental Health and Psychosocial Services Technical Advisor at World Vision, Australia |
| 2014 | Caroline Holman, PhD | Master's Candidate, Fordham University | Doctoral Candidate, Fordham University |
| 2013-2015 | Joseph Brand, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2013-2015 | Justin Arocho, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2014-2015 | Rumeli Blanik, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2014-2015 | Christopher Smith, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2014-2015 | Andrew Cavanaugh, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2013-2015 | Lauren Dewey, PhD | Doctoral Candidate, John Jay College of Criminal Justice, CUNY | Ph.D., John Jay College of Criminal Justice, CUNY |
| 2014-2016 | Naila Smith, PhD | Doctoral Candidate, Fordham University | Assistant Professor, Dickinson University |
| 2013-2016 | Bojun Hu, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2016 | Carlos Lopez, PhD | Doctoral Candidate, University of New South Wales | Ph.D., University of New South Wales |
| 2014-2016 | Emily Maynard, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2013-2016 | Spencer Cruz-Katz, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2016 | Rachel Osjerkis, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2015 - 2016 | Laura Satkowski, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2014 – 2017 | Samantha Morin, PhD | Doctoral Candidate, Fordham University | Ph.D., Fordham University |
| 2017 | Evan Auguste, BA | Master's Candidate, Fordham University | Doctoral Candidate, Fordham University |

| Period | Name | Position | Current position |
|---|---|---|---|
| 2017 - 2018 | Yuyu Fan, MA | Doctoral Candidate, Fordham University | Doctoral Candidate, Fordham University |
| 2018 | Kyla Reid, BA | Master's Candidate, University of Technology, Sydney | Master's Candidate, University of Technology, Sydney |
| 2013-2018 | Charles Olbert, PhD | Doctoral Candidate, Fordham University | Postdoctoral Fellow, Austen Riggs Center |
| 2018-2019 | Christina Rucinski, PhD | Doctoral Candidate, Fordham University | PhD, Fordham University |
| 2018-2020 | Evan Holloway, PhD | Doctoral Candidate, Fordham University | Postdoctoral Fellow |
| 2018-2020 | Emily Ho, PhD | Doctoral Candidate, Fordham University | PhD, Fordham University |
| 2019-2021 | Austin Harrison, PhD | Doctoral Candidate, Fordham University | PhD, Fordham University |
| 2021 | George Perron | Master's Candidate, Fordham University | Doctoral Candidate, Seton Hall University Counseling Program |
| 2021 | Madeline Little | Master's Candidate, Fordham University | Master's Degree, Fordham University |
| 2021 - 2022 | Lauryn Garner, MA | Doctoral candidate, Fordham University | Doctoral candidate, Fordham University |