# EXHIBIT 4

# Certificate of RECOGNITION

awarded to:

## Maalik A. Jones

92483-054

for his completion of
the self-help book study
"Stand! Choosing To Be Self-Reliant"
at FCI McDowell



_M. Williams_
M. Williams, MA
Drug Treatment Specialist

_May 28, 2019_
Date

# CERTIFICATE OF RECOGNITION

AWARDED TO

## Maalik Jones

92483-054

For his completion of the self-help book study
"Decide! How to Make Any Decision"
at FCI McDowell



_M. Williams_
M. Williams, M.A.
Drug Treatment Specialist

October 7, 2019
Date

# Basic Cognitive Skills

## Jones, Maalik
92483-054

has satisfactorily completed the Basic Cognitive Skills class.

05/02/2019 to 06/27/2019

_____
Dr. Whited, Staff Psychologist

# Anger Management

## Jones, Maalik

92483-054

has satisfactorily completed
the Anger Management Class.

01/31/2019 to 04/11/2019

_____
Dr. Whited, Staff Psychologist



# Certificate of Completion

This certifies that

**Maalik Jones 92483-054**

has successfully completed the

**Inside Out DAD — Second Edition Program**

Conducted on March 22, 2019

in FCI McDowell Welch, WV

Facilitator's Name/Signature: D. Lyons Teacher/ T. Harper S.O.E.

National Fatherhood Initiative®
www.fatherhood.org

Carlos Alcazar
Chairman of the Board
NATIONAL FATHERHOOD INITIATIVE®

Christopher A. Brown
Executive Vice President
NATIONAL FATHERHOOD INITIATIVE®

# Certificate of Completion

Presented to

**Maalik A. Jones 92483-054**

For successfully completing the

**Drug Abuse Education Course**

100

M. Williams, M.A. DTS
FCI McDowell Institution

Jan 22 2019
1/22/2019

*The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his/her alcohol/drug use and consider the need for treatment.*