# EXHIBIT 7

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

August 9, 2022

Greetings Your Honor,

    I am Mujaihid Jones, the eldest brother of Maalik Jones. I have known him since his birth and lived with him in our parent's home until I left at 17. I've always known Maalik to be soft spoken and kind toward family and friends. He is a mild mannered low key person who was never a hot head.

    Obviously he is before you because of his crimes which I believe were wrong. I believe that he realizes the error in his judgment which lead to these actions and that if he could go back and change anything, it would be correcting his poor decisions. I believe he has matured and learned a great since being incarcerated. I believe that if given a chance, he would prove to be a positive influence on his two children; and would be a productive member of society. I am certain that him not being there for his children hurts him, and this is one of the main driving forces behind his reform and commitment to do better.

    Thank you Your Honor for taking the time to read these comments.

Sincerely,

Mujaihid Jones