# EXHIBIT 7

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

October 8, 2022

Dear Judge Gardephe,

      Thank you in advance for taking the time to read my letter. I have known Maalik for over 23 years. I'm his brother-in-law and friend. My favorite thing about Maalik has always been his forgiveness & kindness. He has always been gentle, compassionate, and caring. Maalik is a serious family man. His family and community benefits from his presence, participation, and earnest effort on a daily basis.

      Thinking about him now reminds me of when he played youth football for me. I can still see that great smile on his face. He was a great benefit to his peer group and the community. As a youngster, he was a star amongst the group.  I was privileged to overhear a team huddle from amongst the players. I heard and saw Maalik lift the team's spirit.  Maalik passionately told his football team "Just because they're cheating, we don't have to cheat; just because they're playing dirty, we don't have to play dirty; we can kick their butts straight up!"

      I have tears in my eyes just remembering this story. The team erupted in a rally that moved my heart. Our team still lost the game. They actually were beaten pretty badly; nevertheless, Maalik showed compassion towards for the team. Hopefully you can return him to us so that we may once again benefit from our interactions with Malik Jones.

      As you consider his circumstances, know that I am one of the many people who care deeply for Maalik and I am looking forward to being reunited with him. We all miss him so much and are in pain and suffering until we are reunited with Maalik. Family, friends, community members, children and parents are all eager to see the gigantic bright smile from the face of Maalik Jones!

Regards,


Idris Shahid