# EXHIBIT 8

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

August 10, 2022

Dear Honorable Judge Gardephe,

  I hope this letter reaches you and your family in good health. Thank you for taking out time to take this correspondence into consideration as you deliberate freedom of my brother. My name is Tauhid Jones. Maalik Is my older brother. I would imagine that my mother, May God rest her soul, would have - in her humor - called him Number 8 because she called me Number 9 at times. I am 35 years old, and that's how long I've been friends with my brother Maalik. In a large family, as you get older, some people grow apart whether they're your siblings or not. That is not the case with Maalik; we have grown closer and closer over the years …and this is why.

  When I think of Mow, I think of the father figure that I never had. I followed behind Maalik as a young kid and even as a adult. Maalik has always taken me into consideration as he went through his growing pains. Most of the times he tried to divert me away from going through things that he went through. I can remember the time when he taught me how to tie my shoes. I also remember the time when I wanted to hang out with the wrong crowds and he diverted me away from that -telling me that it's better that I did not get into partying - that it was better for me to stay home.

  Growing up, before the age of I would say 12, our life was extremely hard .Our past time mostly was unsupervised activities outside, like playing in the dirty drug infested alleys in West Baltimore. We watched junkies everyday to see if they would fall to the ground from what they were high on. It didn't get any better when we were in the house due to our house being in shambles, physically. Most of the time our lights were off and the heat didn't work. We use to sit at the top of the stairs and eat the wall that had lead in it. Just thinking about what we went through brings me to tears. In all there are 10 of us children. My dad, who we hardly saw worked within the community and he also had another family that he tended to. This made us very upset because some day we didn't have anything proper to eat and our father decided to take on another family. We had to depend on ourselves it seemed like.

  As I got older and became a young adult, Maalik steered me towards a career in utility work. When I turned 16, I moved out of the house due to my father's uncontrollable anger. I had enough of the abuse that he would give us if the house was not clean or if it seemed to me that something else was bothering him. Maalik, who moved out already, said I could live with him. This impressed me even more. At that time, he was working at Walmart and I was still in school. After I finished school Maalik was working for the local electric company as a crew leader. He asked me if I wanted to work there and I told him that I couldn't wait. He taught me everything that I needed to know about working for the electrical utility company. He trained me on how to be the best I could be at that job. We were an unstoppable team. This was my first big break as a young adult. He guided me to be one of the best Crew Leaders that the company Kodiak recognized me for becoming.

  He went on to be a truck driver but I couldn't follow him in that due to my eye being

damaged. After that we maintained a close relationship and we are still best of friends. Later, when I was having marital issues, he stepped in swiftly to counsel me on patience and having a kind heart. I can't recall a time where he's ever lied to me or tried to be mean to me for any reason. The only time I recall him ever yelling at me is when I didn't do something that caused myself to go through an unnecessary situation.

    Maalik is a great person and a loving father to his children and a humble son to his parents. I owe it to him for taking the time to groom me into the man, father, son, and husband that I am today. I can honestly say that I would benefit the world greatly to have more people like my brother Maalik. His incarceration has been very hard for me as I look up to Maalik for moral support. In my opinion, no one in this world is without making mistakes and Maalik is a good person. Allow him to show the world that he can be a great addition once again to the society. If I had one person to choose in this world, no matter what, I would choose my brother every time.

    If at all possible Judge Gardephe, please find it in your heart to allow my family to be with my brother once more. Thank you.

Sincerely,


Tauhid Jones