# EXHIBIT 9

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

May 15, 2018

In the Name of God, Most Gracious, Most Merciful

Dear Judge Gardephe,

    I am the mother of Maalik Alim Jones. I named him - "The Owner of Spiritual Knowledge." He is the eighth child in physical order, but I confess he has always been the most gentle and caring of all my boys; towards not only me, but also any kitten that needed a home. We, as a family, would not be mistaken to call him "Father of the Kittens." He had a cat who was pregnant, and while he was in school, her delivery time came. And what better place to deliver her loved ones than the bed of the one she felt who loved her the most... Maalik. Among the other ones in charge of her, he cleaned his bed with loving care and did not even flinch at the mess - Awesome.

    Once, when one of my grandchildren was afflicted with brain cancer at the time I was living in another state, being divorced from my husband after 30 years of difficult conditions, not entirely of our making, To proceed, I was disconnected from the affairs of my relatives in Maryland until Maalik called me and informed me that my 4 year old grandchild had brain cancer and was in the hospital undergoing multiple surgeries. He said that it was important that I return to Maryland to assist his brother's family during this extremely trying time. He said that he would be on the way to get me, so I should start packing right away. He had now asked of me one thing…unconditional support for someone else in need, even though the family of the child were too shy to ask for ask for it themselves. As a teen, he was asked to lead the youths in our community and did it, even though he has always been extremely soft-spoken and kind. His manners are nothing other than one of a role model.

    Maalik has always been there for any of us who have needed a helping hand. Even though, as a family, our physical link has been broken, the moments we shared with him during our times of tears and laughter has helped us have patience and helps not complain about what is decreed. He has always been there for those in the most need. And God will surely have mercy on him, through you perhaps, because God is merciful to the merciful.

    If it is the will of the Creator that we as a family will never be reunited in this life, the ones who obey God will be together in the next life. . .The true life of eternity. Thank you for reading this. I pray with an open heart and may the Creator of Us all help you come to a just decision.

Sincerely,

Mom of Maalik Alim

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

May 15, 2018

Dear Judge Gardephe,

I'm Maalik's mother. I'm a firm believer that for anything to happen or exist, there must be a cause. We are all here for different purposes and we should take pleasure in the interactions we have with each other, no matter how pressured they may seem. That said, I take pleasure in this interaction with you because I am confident that this experience is allowing me to grow and reflect on myself in a way that I couldn't without it.

Like all mothers, it easy for me to detail the favorable qualities that my children display. Maalik is very a very generous person. Since he started making his own money, he has consistently used it to help people in our family and our community even though he is not the richest among us. Not only his wealth, but his time and talents were at our disposal. He would come home from his job as a truck driver for Sysco and fix dinner when I lived with him. When he got paid, we got paid. My daughter Akhira and I lived with his family for a number of years. He moved from his apartment to a house in a suburban neighborhood to accommodate us.

We can only pray for forgiveness for any errors we have made, repent to God, regret people we have wronged, and be determined to improve each day in any area of goodness available.  Thank you so much for spending time to consider our concerns.

Sincerely,

The Mother of Maalik Alim Jones

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

May 15, 2018

Dear Judge Gardephe,

It is indeed a pleasure to have the opportunity to tell you what a special person, my son Mallik is in my life. While no mother should have a favorite child, children do endear themselves to you by certain attributes.

As a child, Kindness to others and Generosity have always been a part of Maalik's character.

As a son, he never complained to us about the lack of food that we had, the clothing that we couldn't provide, or that his few toys came from the thrift store.

As a father, he was most attentive and loving, in spite of having a father who had to share his time with ten other children at home.

As an adult, he was charitable, he attend the fundraisers for one of the local homeless shelters for women with children. He volunteered his time to teach at the school he graduated from as a way to give back to his community.

In him, I have a special glimpse of the best kind of person. I take pleasure in reflecting on the multiple times Maalik has made me feel special that such a person can be a part of my life. I'd like to have my son back to spend time with him again before the sun sets for me.

Many Regards,
Maalik's Mom