# EXHIBIT 11

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S.
Courthouse 500 Pearl Street
New York, New York 10007-1312

August 2, 2022

Dear Judge Gardephe:

My Name is Bernard D. Jones. I am the father of Maalik Jones. I am writing to you on behalf of my son who is scheduled to appear before you for an upcoming Sentencing Hearing.

Maalik grew up in a loving family with his father, mother and Ten Siblings. Maalik grew up in a depressed area of West Baltimore City, known for Crime, Drugs and Violence. Maalik completed his primary education in a private Muslim school.

After graduating High School he went on to work several entry level jobs as a Cashier, a Utility Line Repaiman. Maalik subsequently went on to a CDL Truck Drivers License and he was a successful Truck Driver for many years. Maalik was a quiet, low key child who went on to get married and has two beautiful children, a son Yasin and a Daughter Maryum, who are now living with their Uncle, who has stepped in to care for them during his incarceration.

Maalik's incarceration has had a huge impact on him and the family. Like many parents, I, as his father, do not wish to see their child in this situation. and I hoped that his incarceration will end soon and that he can return to raise his children and be a part of their lives during these critical and sensitive years.

A longer jail sentence would undoubtedly have an increased detrimental impact on him and his family. The longer he remains incarcerated, the more severe will be the effect on him and his children.

Maalik's family stands ready and prepared to help and assist him if God willing in the event he is released. I would like to thank you for your consideration in this matter.

Sincerely:

Bernard D. Jones
Father of Maalik Jones