# EXHIBIT 12



*Maalik with his newborn daughter Maryam in 2008*



*Maalik with his wife Hanane, his son Yaseen, and his newborn daughter Maryam in 2008*



*Young Maalik with his brothers*