**LAW OFFICES OF**
# DRATEL & LEWIS

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006

TELEPHONE (212) 732 0707
FACSIMILE (212) 571 3792
E MAIL: jdratel@dratellewis.com

JOSHUA L. DRATEL
LINDSAY A. LEWIS

FATOUMATA MAGASSA
*Paralegal*

October 21, 2022

**FILED UNDER SEAL**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re: *United States v. Maalik Jones*,
        16 Cr. 19 (PGG)

Dear Judge Gardephe:

  This letter is respectfully submitted on behalf of defendant Maalik Jones, whom Peter E. Brill, Esq. and I represent, and provides the Court and the government the forensic report from neuropsychologist Jason Krellman, PhD, ABPP, which I received today from Dr. Krellman, who was able to examine Mr. Jones earlier this week.



LAW OFFICES OF
**DRATEL & LEWIS**

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
October 21, 2022
Page 2 of 2

   Dr. Krellman's report was anticipated in the October 13, 2022, sentencing submission, at 12 n.6, and respectfully supplements that submission. It is filed under seal because of the sensitive personal information it discusses with respect to Mr. Jones's background. Dr. Krellman's C.V. is attached hereto as Exhibit 2.

              Respectfully submitted,

              Joshua L. Dratel

              Peter E. Brill

JLD/
Encls.

cc:  David W. Denton, Jr.
    Assistant United States Attorneys