# EXHIBIT 2

**Jason W. Krellman, Ph.D., ABPP (CN, RP)**
Phone: 609 – 892 – 9877
E-mail: jkrellman@verizon.net

### Education

| | | |
|---|---|---|
| 10/09 | Ph.D., Clinical Neuropsychology | City University of New York |
| 5/07 | M.Phil, Neuropsychology | City University of New York |
| 5/05 | M.A., Psychology | Queens College/CUNY |
| 5/01 | B.A., Psychology (Writing minor) | Stockton University |

### Professional Credentials

| | |
|---|---|
| 3/11 | Licensed Psychologist – New York State #019043 |
| 4/14 | Board Certification in Clinical Neuropsychology, American Board of Professional Psychology – diploma #7576 |
| 2/17 | Board Certification in Rehabilitation Psychology, American Board of Professional Psychology – diploma #8300 |

### Honors

| | |
|---|---|
| 10/10 | National Institute on Disability and Rehabilitation Research (NIDRR) Fellow Platform Presenter, American Congress of Rehabilitation Medicine |
| 9/07 | CUNY Writing Fellowship Award, Graduate Center/CUNY |
| 9/06 | Graduate Research Fellowship Award, Graduate Center/CUNY |
| 1/03, 9/06 | University Fellowship Award, Graduate Center/CUNY |
| 5/01 | Research Distinction Award, Richard Stockton College |
| 5/99 – 5/01 | Dean's List, Richard Stockton College |
| 5/99 | Psi Chi National Psychology Honor Society, Richard Stockton College |

### Professional Memberships

| | |
|---|---|
| 2017 – | American Academy of Rehabilitation Psychology |
| 2014 – | American Psychological Association, Division 40 (Clinical Neuropsychology) – Professional Affiliate |
| 2014 – | American Psychological Association, Division 22 (Rehabilitation Psychology) – Professional Affiliate |
| 2014 – | American Academy of Clinical Neuropsychology |
| 2009 – 15 | American Congress of Rehabilitation Medicine |
| 2007 – | New York Neuropsychology Group |

**Professional Activities**

| | |
|---|---|
| 2016 – | Board of Directors, New York Neuropsychology Group |
| 2014 – | American Board of Clinical Neuropsychology Practice Sample Reviewer |
| 2014 – | American Board of Clinical Neuropsychology Board Certification Mentor |
| 2012 – 2015 | American Congress of Rehabilitation Medicine Clinical Practice Committee |

**Clinical Positions**

| | |
|---|---|
| 12/15 – | Attending Neuropsychologist, Department of Neurology, Division of Cognitive Neuroscience, Columbia University Medical Center, New York, NY |
| 5/13 – | Private practice in medicolegal/forensic neuropsychology. Experience with affidavit preparation, deposition, and provision of expert testimony in civil and criminal matters |
| 5/13 – 10/15 | Attending Neuropsychologist, Department of Rehabilitation Medicine Faculty Practice Associates, Mount Sinai Medical Center, New York, NY |
| 10/11 – 4/13 | Staff Psychologist, Department of Psychology/Neuropsychology (Outpatient Service), Rusk Institute of Rehabilitation Medicine, NYU Langone Medical Center, New York, NY |

**Academic Positions**

| | |
|---|---|
| 12/15 – | Assistant Professor of Neuropsychology (in Neurology), Columbia University College of Physicians and Surgeons |
| 11/15 – 8/16 | Adjunct Assistant Professor of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai |
| 4/13 – 10/15 | Assistant Professor of Rehabilitation Medicine, Icahn School of Medicine at Mount Sinai; Director of Postdoctoral Training in Clinical Neuropsychology and Advanced Rehabilitation Research |
| 1/12 – 3/13 | Clinical Instructor of Rehabilitation Medicine, New York University School of Medicine |
| 9/12 – | Adjunct Assistant Professor (Graduate Programs), Department of Psychology, Hunter College |
| 9/07 – 8/08 | CUNY Writing Fellow, Division of Mathematics and Natural Sciences, Queens College |
| 2/07 – 6/08 | Manager, Laboratory of Growth Factors & Cytokine Neurobiology, Queens College |
| 6/06 – 8/06 | Adjunct Lecturer (Behavioral Neuroscience), City College of New York |
| 1/06 – 8/07 | Adjunct Lecturer (Psychology of Aging), Queensborough Community College |
| 1/06 – 1/07 | Assistant Manager, Laboratory of Growth Factors & Cytokine Neurobiology, Queens College |
| 1/05 – 5/05 | Adjunct Lecturer (Physiological Psychology), Brooklyn College |
| 9/03 – 8/09 | Adjunct Lecturer (Experimental Psychology, Adult Development and Aging), Queens College |

**Professional Training**

| | |
|---|---|
| 9/09 – 9/11 | Post-doctoral Fellowship, Clinical Neuropsychology (Traumatic Brain Injury) and Rehabilitation Research, Department of Rehabilitation Medicine**,** Mount Sinai School of Medicine, New York, NY |
| 7/08 – 6/09 | Pre-doctoral Internship, Clinical Neuropsychology (Epilepsy/Movement Disorders), North Shore/Long Island Jewish Medical Center, Manhasset, NY |
| 9/06 – 6/08 | Pre-doctoral Externship, Clinical Neuropsychology (Aging & Dementia), Columbia University Medical Center, New York, NY |
| 9/05 – 6/08 | Pre-doctoral Externship, Clinical Psychology (Geropsychology), Zucker-Hillside Hospital, Glen Oaks, NY |
| 9/05 – 8/06 | Pre-doctoral Externship, Clinical Neuropsychology (Neurological Surgery), New York Presbyterian Hospital, New York, NY |
| 1/05 – 1/06 | Pre-doctoral Externship, Clinical Neuropsychology (General Neuropsychology), Long Island Jewish Medical Center, Glen Oaks, NY |

**Research Skills**

**Basic/bench**
Animal injections and sacrifices
Stereotaxic animal surgeries and procedures
Animal behavioral testing
Supervision of junior researchers
Tissue processing, microscopy, and analysis

**Clinical**
Participant recruitment and consenting
Participant interviewing
Survey/test design and construction

**Grant Support**

10/1/2012 – 4/30/2013        Co-investigator

National Institute on Disability and Rehabilitation Research (H133A1200100)
Rusk Rehabilitation TBI Model System at New York University Medical Center
PI: Tamara Bushnik, Ph.D.

5/1/2012 – 10/5/2015         Co-Investigator

Centers for Disease Control and Prevention (R49-CE-002092-01)
Mount Sinai Injury Control Research Center
PI: Wayne Gordon, Ph.D.

**Grant Support (cont.)**

11/1/14 – 9/30/2015	Principal Investigator

National Institute on Disability and Rehabilitation Research (H133P100016 – 11)
Advanced Rehabilitation Research Training Program

5/1/2012 – 10/31/14	Co-Investigator

National Institute on Disability and Rehabilitation Research (H133P100016 – 11)
Advanced Rehabilitation Research Training Program
PI: Marcel Dijkers, Ph.D.

**Research Abstracts**

**Krellman, J.W**., Kintner, L.J., Kasselman, E., Pasnikowski, N., Papadopoulos, J.S., Rudge, G.D., *et al.* (2003, November). *The anti-inflammatory agent dexamethasone inhibits VEGF-induced angiogenesis in adult rat brain.* Poster presentation at the annual meeting of the Society for Neuroscience, New Orleans, Louisiana, U.S.A.

Ackerman, T.F., **Krellman, J.W**., Fox, L., Elkady, A., Kasselman, L.J. & Croll, S.D. (2003, November). *VEGF induces neuronal and astroglial hypertrophy in adult rat cortex independent of vascular leak and inflammation.* Poster presentation at the annual meeting of the Society for Neuroscience, New Orleans, Louisiana, U.S.A.

**Krellman, J.W**., Mondrow, B.Y., Kosolapov, A., Marciano, V.A. & Croll, S.D. (2004, November). *Heparin-binding growth-associated molecule (HB-GAM)-deficient mice display reticent and perseverative behavior suggestive of cognitive rigidity.* Poster presentation at the annual meeting of the Society for Neuroscience, San Diego, California, U.S.A.

**Krellman, J.W**., Kosolapov, A., Zakarian, I.A., Nusbacher, S., Rottingen, B.L., Bloch, R.G., *et al.* (2006, October). *Heparin-binding growth-associated molecule (HB-GAM)-deficient mice display contextual neophobia across multiple paradigms.* Poster presentation at the annual meeting of the Society for Neuroscience, Atlanta, Georgia, U.S.A.

**Krellman, J.W**., Ruiz, H.H. & Croll, S.D. (2008, November). *Mice deficient in heparin-binding growth-associated molecule (HB-GAM) exhibit reductions in neuronal area and inter-neuronal distance in the entorhinal cortex.* Poster presentation at the annual meeting of the Society for Neuroscience, Washington, D.C., U.S.A.

Perrine, K., Klein, G., **Krellman, J**., Ettinger, A., Schneider, S., Mehta, A., *et al*. (2009, December). *Patterns of non-left language dominance in Wada testing*. Poster presentation at annual meeting of the American Epilepsy Society, Boston, Massachusetts, U.S.A.

**Research Abstracts (cont.)**

**Krellman, J.W.** (2010, October). *Factors predictive of longitudinal response pattern in the Traumatic Brain Injury Model Systems (TBIMS).* Platform presentation at the NIDRR Fellows' Symposium, American Congress of Rehabilitation Medicine Annual Meeting, Montreal, Quebec, Canada.

**Krellman, J.W.** (2011, June). *Predictors of longitudinal response pattern in the Traumatic Brain Injury Model Systems (TBIMS).* In symposium (chair), "Attrition in Longitudinal Studies of TBI: Who's lost, what's the danger, and what can be done about it?" Platform presentation at Third Federal Interagency Conference on Traumatic Brain Injury, Washington, D.C., U.S.A.

**Krellman, J.W.** (2012, February). *Attrition in the Traumatic Brain Injury Model Systems (TBIMS).* In symposium (chair), "Attrition in longitudinal studies of TBI: Who's really being followed?" Platform presentation at Santa Clara Valley Brain Injury Conference, San Jose, California, U.S.A.

Bertisch, H.C., **Krellman, J.W.**, Clark, A., Dreer, L., Rath, J. F., Bergquist, T. & Bushnik, T. (June, 2014). *Cognition and suicidality as predictors of firearm injury: A National Institute on Disability and Rehabilitation Research TBI Model Systems National Database analysis.* Poster presented at American Academy of Clinical Neuropsychology annual meeting, New York, NY, USA.

Kaplan, E., Gordon, W.A., **Krellman, J.W.** & Spielman, L. (October, 2015). *Associations between self-discrepancy, perfectionism, depression and anxiety in individuals with TBI.* Poster presented at American Congress of Rehabilitation Medicine Annual Meeting, Dallas, TX, USA.

Paretsky, M.S., Gordon, W.A., **Krellman, J.W.** & Spielman, L. (October, 2015). *Objective and subjective measures of cognitive fatigue in traumatic brain injury.* Poster presented at American Congress of Rehabilitation Medicine Annual Meeting, Dallas, TX, USA.

**Clinical/Academic Presentations**

**Krellman, J.W.** (2016, April). *Neuropsychological aspects of concussion evaluation and treatment.* Guest lecture for optometry doctoral students. State University of New York Optometric Center, New York, NY.

**Krellman, J.W.** & Kaplan, E.R. (2015, July). *Traumatic brain injury: A primer for optometrists.* Training workshop for optometrists and optometry residents. State University of New York Optometric Center, New York, NY.

Silver, J., **Krellman, J.W.**, & Elliott, C.S. (2014, March). *Mood disorders following traumatic brain injury.* Workshop at the annual meeting of the Brain Injury Alliance of Connecticut, Hartford, CT.

**Clinical/Academic Presentations (cont.)**

**Krellman, J.W.** & Kajankova, M. (2014, February). *An overview of traumatic brain injury.* Invited lecture for SelfHelp, Inc., New York, NY.

**Krellman, J.W.** (2010, March). *Patients' (brief) guide to neuropsychological testing.* Ask the Experts: A Forum for Individuals with Brain Injury and Their Families, New York State Brain Injury Association, Mount Sinai Medical Center.

**Krellman, J.W.** (2006, September). *Heparin-binding growth-associated molecule (HB-GAM)-deficient mice display cognitive rigidity and contextual neophobia.* Annual Research Symposium of the Neuropsychology Doctoral Program, Queens College of the City University of New York.

**Krellman, J.W.** (2005, March). *What you need to do well in any experimental psychology course.* Psi Chi lecture series, Queens College of the City University of New York.

**Krellman, J.W.** (2003, August). *Vascular endothelial growth factor (VEGF) as an agent of neuronal and glial hypertrophy.* Biology Department colloquium, Queens College of the City University of New York.

**Book Chapters**

**Krellman, J.W.**, Tsaousides, T. & Gordon, W.A. *Neuropsychological interventions following traumatic brain injury.* In M.J. Ashley (Ed.), Traumatic Brain Injury: Rehabilitative Treatment and Case Management – Fourth Edition. Boca Raton, FL: Taylor & Francis. In press.

Tsaousides, T. & **Krellman, J.W.** (2016). *Chronic neuropsychiatric sequelae II: Behavioral disturbances.* In Zollman, F.S. (Ed.), Manual of Traumatic Brain Injury Management – Second Edition. New York, NY: Demos Medical Publishing.

**Publications**

Ritter, A.C., Wagner, A.K., Fabio, A., Pugh, M.J., Walker, W.C., Szaflarski, J.P., Zafonte, R.D., Brown, A.W., Hammond, F.M., Bushnik, T., Johnson-Greene, D., Shea, T., **Krellman, J.W.**, Rosenthal, J.A., Dreer, L.E. (2016). Incidence and risk factors of posttraumatic seizures following traumatic brain injury: A Traumatic Brain Injury Model Systems study. *Epilepsia*, 57 (12), 1968 – 77.

Ritter, A.C., Wagner, A.K., Szaflarski, J.P., Brooks, M.M., Zafonte, R.D., Pugh, M.J., Fabio, A., Hammond, F.M., Dreer, L.E., Bushnik, T., Walker, W.C., Brown, A.W., Johnson-Greene, D., Shea, T., **Krellman,** J.W., Rosenthal. J.A. (2016). Prognostic models for predicting posttraumatic seizures during acute hospitalization, and at 1 and 2 years following traumatic brain injury. *Epilepsia, 57* (9), 1503 – 14.

**Publications (cont.)**

Kesinger, M.R., Juengst, S.B., Bertisch, H., Niemeier, J.P., **Krellman, J.W.**, Pugh, M.J., et al. (2016). Acute trauma factor associations with suicidality across the first 5 years after traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 97* (8), 1301 – 8.

Lu, W., **Krellman, J.W.**, Dijkers, M.P. (2016). Can cognitive behavioral therapy for insomnia also treat fatigue, pain, and mood symptoms in individuals with traumatic brain injury? – A multiple case report. *NeuroRehabilitation, 38* (1), 59 – 69.

Hart, T., Fann, J.R., Chervoneva, I., Juengst, S.B., Rosenthal, J.A., **Krellman, J.W.**, Dreer, L.E., Kroenke, K. (2015). Prevalence, risk factors, and correlates of anxiety at 1 year after moderate to severe traumatic brain injury. *Archives of Physical Medicine and Rehabilitation, 97* (5), 701 – 07.

Lu, W., Cantor, J.B., Aurora, R.N., Gordon, W.A., **Krellman, J.W.**, Nguyen, M., et al. (2015). The relationship between self-reported sleep disturbance and polysomnography in individuals with traumatic brain injury. *Brain Injury*, 23, 1 – 9.

**Krellman, J.W.**, Ruiz, H.H., Mondrow, B.Y., Marciano, V.A., Croll, S.D. (2014). Behavioral and neuroanatomical abnormalities in pleiotrophin knockout mice. *PLoS ONE, 9* (7), e100597. doi:10.1371/journal.pone.0100597

Lu, W., Cantor, J., Aurora, N., Nguyen, M. Ashman, T., Spielman, L., Ambrose, A., **Krellman, J.W.**, Gordon, W. (2014). Variability of respiration and sleep during polysomnography in individuals with TBI. *NeuroRehabilitation*, *35* (2), 245 – 51.

**Krellman, J.W.**, Kolakowsky-Hayner, S.A., Spielman, L., Dijkers, M.P., Hammond, F.M., Bogner, J., et al. (2014). Predictors of follow-up completeness in longitudinal research on traumatic brain injury: Findings from the NIDRR TBI Model Systems program. *Archives of Physical Medicine and Rehabilitation, 95* (4), 633 – 41.

**Krellman, J.W.** (2013). Manual of traumatic brain injury management (book review). *Journal of Head Trauma Rehabilitation, 28* (2), 157 – 158.

Dijkers, M.P., Murphy, S., & **Krellman, J.** (2012). Evidence-based practice for rehabilitation professionals: Concepts and controversies. *Archives of Physical Medicine and Rehabilitation, 93*(8 Suppl), S164 – 76.

Kasselman, L.J., Kintner, J., Sideris, A., Pasnikowski, E., **Krellman, J.W.**, Shah, S., et al. (2007). Dexamethasone treatment and ICAM-1 deficiency impair VEGF-induced angiogenesis in adult brain. *Journal of Vascular Research*, *44* (4), 283 – 291.