UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

MAALIK ALIM JONES,

Defendant.

**ORDER**

(S3) 16 Cr. 19 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is scheduled for November 3, 2022.

The Defendant has objected to Paragraph 33 of the Pre-Sentence Report ("PSR"), which alleges that "Jones called [Thomas] Evans' mother in the UK to inform her that Evans had been killed" after a June 2015 attack by Al Shabaab in Lamu, Kenya.  (PSR (Dkt. No. 197) ¶ 33; Def. Br. (Dkt. No. 202) at 4)  In its sentencing submission, the Government refers to "phone record exhibits that support the factual conclusion[] in the PSR" that the Defendant made the call to Evans' mother.  (Govt. Sent. Br. at 9 n.4)  By **5:00 p.m. on November 1, 2022**, the Government will make a supplemental submission containing these exhibits.

Dated: New York, New York
       October 31, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge