

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2022

By ECF and Electronic Mail
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *United States* v. *Maalik Alim Jones*, 16 Cr. 019 (PGG)

Dear Judge Gardephe:

      The Government writes regarding the Court's order directing the Government to submit additional records regarding Paragraph 33 of the Presentence Investigation Report. (Dkt. 204). The Government is in the process of reviewing its files for pertinent records, which files include, among other things, voluminous call detail records, so that the Government can submit any relevant information. To allow the Government time to complete that process, the Government respectfully requests that the Court adjourn the deadline for the Government's submission until noon tomorrow, November 2, 2022.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By: _____/s/_____
      David W. Denton, Jr.
      Assistant United States Attorney
      (212) 637-2744

Cc: Peter Brill and Joshua Dratel, Esqs. (by ECF)