

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2022

<u>By ECF and Electronic Mail</u>
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States* v. *Maalik Alim Jones*, 16 Cr. 019 (PGG)

Dear Judge Gardephe:

  The Government writes regarding the Court's order directing the Government to submit additional records regarding Paragraph 33 of the Presentence Investigation Report. (Dkt. 204). The Government is in the process of reviewing its files for pertinent records, which files include, among other things, voluminous call detail records, so that the Government can submit any relevant information. To allow the Government time to complete that process, the Government respectfully requests that the Court adjourn the deadline for the Government's submission until noon tomorrow, November 2, 2022.

**MEMO ENDORSED**
**The Application is granted.**
**SO ORDERED:**

*Paul s. sardephe*
**Paul G. Gardephe, U.S.D.J.**
**Dated: November 1, 2022**

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:    /s/
  David W. Denton, Jr.
  Assistant United States Attorney
  (212) 637-2744

Cc: Peter Brill and Joshua Dratel, Esqs. (by ECF)