

AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:       03/15/2016
Run Time:       11:28:14
Voice Usage For: ████
Account Number: ████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| 1743 | 03/08/15 | 18:11:19 | 0:01 | 0:03 | 252618391928(OO) | ██ | | ██ | MO | [CFNA] |
| 1744 | 03/08/15 | 18:11:19 | 0:23 | 0:03 | 252618391928 | ██ | ██ | ██ | MT | [NIOP:CFNA] |
| 1745 | 03/08/15 | 18:12:19 | 0:01 | 0:00 | 252618391928 | ██ | ██ | ██ | MT | [NIOP] |
| 1746 | 03/08/15 | 18:12:24 | 0:12 | 0:00 | 252618391928 | ██ | ██ | ██ | MT | [NIOP] |
| 1747 | 03/08/15 | 18:13:12 | 0:04 | 2:38 | 252618391928 | ██ | ██ | ██ | MT | [CMH:NIOP] |
| 1748 | 03/08/15 | 18:16:23 | 0:03 | 0:08 | 252618391928(D) | ██ | ██ | ██ | MO | [] |
| 1749 | 03/08/15 | 18:16:59 | 0:03 | 0:04 | 252618391928(D) | ██ | ██ | ██ | MO | [] |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ | ██ |

**CRICKET Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

DMW

1951830
02/16/2016
SCAMP

**CRICKET Subscriber Usage**

Case 1:16-cr-00019-PGG   Document 208-1   Filed 11/02/22   Page 2 of 6



AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        03/15/2016
Run Time:        11:28:29
Voice Usage For:
Account Number:  ███████████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 4970 | 06/14/15 | 15:47:05 | 0:15 | 2:01 | 252618391928 | | | | MT | [CMH:NIOP] |
| 4971 | 06/14/15 | 15:49:24 | 0:03 | 0:04 | 252618391928(D) | | | | MO | [] |

CRICKET Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

DMW

1951830
02/16/2016
SCAMP



AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:          03/15/2016
Run Time:          11:28:29
Voice Usage For:   ████████
Account Number:    ████████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| 4972 | 06/14/15 | 16:10:21 | 0:16 | 4:02 | 252618391928 | ████ | ████ | ████ | MT | [CMH:NIOP] |

**CRICKET Proprietary**

The information contained here is for use by authorized persons only and is not for general distribution.

DMW

**CRICKET Subscriber Usage**



AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:        03/15/2016
Run Time:        11:28:31
Voice Usage For:
Account Number:

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 4994 | 06/15/15 | 04:29:43 | 0:03 | 0:06 | 252618391928(D) | | | | MO | [] |

CRICKET Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

DMW



AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:     03/15/2016
Run Time:     11:28:38
Voice Usage For: ████████████
Account Number: ████████████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|------------------|--------------|-----|--------------------|--------------------|------|------|-----|---------|
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | | ████ | ██ | ████ |
| 6324 | 08/06/15 | 13:47:40 | 0:01 | 0:02 | 252618391928(OO) | ████ | | ████ | MO | [CFNA] |
| 6325 | 08/06/15 | 13:47:40 | 0:23 | 0:02 | 252618391928 | ████ | ████ | ████ | MT | [NIOP:CFNA] |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| 6328 | 08/06/15 | 14:01:14 | 0:05 | 4:24 | 252618391928 | ████ | ████ | ████ | MT | [CMH:NIOP] |
| 6329 | 08/06/15 | 14:06:37 | 0:04 | 5:03 | 252618391928 | ████ | ████ | ████ | MT | [CMH:NIOP] |
| 6330 | 08/06/15 | 14:12:46 | 0:07 | 0:00 | 252618391928 | ████ | ████ | ████ | MT | [NIOP] |
| 6331 | 08/06/15 | 14:13:11 | 0:03 | 0:07 | 252618391928 | ████ | ████ | ████ | MT | [CMH:NIOP] |
| 6332 | 08/06/15 | 14:14:59 | 0:03 | 4:30 | 252618391928 | ████ | ████ | ████ | MT | [CMH:NIOP] |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ████ |

---

**CRICKET Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

DMW

1951830
02/16/2016
SCAMP

**CRICKET Subscriber Usage**

Case 1:16-cr-00019-PGG  Document 208-1  Filed 11/02/22  Page 6 of 6

AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.



Run Date:        03/15/2016
Run Time:        11:28:48
Voice Usage For: ███████████
Account Number:  ███████████

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|------|-----------|-----------------|-------------|-----|-------------------|-------------------|------|------|-----|---------|
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| 8175 | 09/24/15 | 17:10:02 | 0:01 | 0:04 | 252618391928(OO) | ████ | | ████ | MO | [CFNA] |
| 8176 | 09/24/15 | 17:10:02 | 0:23 | 0:04 | 252618391928 | ████ | ████ | ████ | MT | [NIOP:CFNA] |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ████ | ██ | ██ |