# FEDERAL BUREAU OF INVESTIGATION

Date of entry    02/26/2016

SALLY EVANS (SALLY) was interviewed at her home ▮▮▮▮▮, United Kingdom. Present for the interview were SA Mary Boese, FBI New York; SA Brendan Mooney, FBI New York; and Detective Constable Holly Graham, South East Counter Terrorism Unit (SECTU). MICHAEL EVANS (MICHAEL) was also present for a portion of the interview. After being advised of the identity of the interviewing Agents and the nature of the interview, SALLY provided the following information:

SALLY is the mother of THOMAS EVANS (THOMAS). **[writer's note:** THOMAS EVANS was killed by Kenyan Defense Forces(KDF)in an al Shabaab raid on a KDF installment in Lamu County, Kenya on June 14, 2015.**]**

**THOMAS EVANS' Radicalization**

SALLY first noticed a change in THOMAS' behavior during a family vacation to New York City in 2009. They were visiting St. Patrick's Cathedral and THOMAS refused to stay in the church with SALLY and MICHAEL. At this time, THOMAS had not fully committed himself to Islam, but he did so soon after the trip. Upon their return to the United Kingdom (UK), THOMAS began attending mosque.

During this time in his life, THOMAS was "lost" and needed something. When he started attending mosque and reverted to Islam, he was happier. THOMAS first attended the WISE MOSQUE. Shortly thereafter, he began attending the MUSLIM EDUCATION CENTER (MEC). SALLY noticed a more significant change in THOMAS after he started attending the MEC. He became very strict religiously and stopped listening to music, watching television, and celebrating Christmas. THOMAS drifted away from his friends and refused to celebrate his 21st Birthday, although he did accept a gift from SALLY.

He once brought one of his new friends from the mosque, DONALD STEWART-WHYTE over to SALLY's home. STEWART-WHYTE was a white, Muslim convert. They talked in the kitchen where SALLY cooked and STEWART-WHYTE sat of the floor. THOMAS later told her that STEWART-WHYTE had previously been jailed on terrorism-related charges, which shocked and scared SALLY. THOMAS wanted SALLY to meet him because he was a convert like THOMAS, so he

Investigation on  02/09/2016  at  ▮▮▮▮▮  United Kingdom (In Person)

File #  ▮▮▮▮▮                                              Date drafted  02/17/2016

by  BOESE MARY ELIZABETH, BRENDAN PATRICK MOONEY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

thought SALLY should be able to relate to STEWART-WHYTE. Following the visit from STEWART-WHYTE, SALLY told THOMAS that she was concerned with his new behavior.

THOMAS was an electrician by trade. He worked for a man named STEVE LNU but was terminated. THOMAS then got a job working for SAGE LNU.

**THOMAS EVANS Travel Overseas**

In November 2010, THOMAS went on Road to Hope, a charity trip to Gaza. When he returned to the UK, THOMAS said what he saw happening in Gaza made him angry.

In January 2011, THOMAS told SALLY that he had met a girl online and was going to Kenya to marry her. He attempted to go to Kenya but was stopped by British Authorities at the airport. After being turned around at the airport, THOMAS appeared to return to normal life.

In June 2011, THOMAS went to Egypt to study Arabic. He was not stopped at the airport this time. After arriving in Egypt, he telephoned SALLY around Ramadan 2011 and told her he was going to travel. British Authorities told SALLY that THOMAS traveled from Egypt to Kenya, when he was sent back to Egypt. He then traveled from Egypt to Sudan to Ethiopia, where British Authorities lost track of THOMAS. The next time SALLY heard from THOMAS, he was in Somalia. SALLY informed THOMAS that the police had come to ask about him. SALLY told THOMAS that if he was in trouble or needed help, he could go to a UK Consulate and they would help him get home. THOMAS became angry after hearing British Authorities were asking about him and told SALLY not to worry.

On August 30, 2011, THOMAS sent MICHAEL an email from email account abdul_hakim@live.co.uk. THOMAS emailed MICHAEL from Somalia until September 2011. After this, neither SALLY nor MICHAEL heard from THOMAS for approximately five and a half (5 1/2) months.

**THOMAS EVANS' time in al Shabaab**

In January 2012, SALLY received a telephone call from THOMAS. THOMAS said he was in Somalia and in al Shabaab. He explained that he had plenty of food and was being well looked after. This telephone call lasted approximately 30 minutes and was quite emotional.

THOMAS always told SALLY that he would never return to the UK and asked SALLY to visit him in Somalia, which SALLY refused. THOMAS would call approximately one (1) time per month. When he called, they talked about life in the UK, and he would preach to SALLY and MICHAEL. THOMAS talked

about "guarding things" for al Shabaab. He also talked about his field, crop, and chickens. Sometimes THOMAS called SALLY to tell her that he was going away to guard things.

In approximately September 2012, THOMAS was injured fighting. He called SALLY from the hospital to let her know he was okay. He was unaware if he had been shot or if his injury came from shrapnel. SALLY believed the injury may have been to his leg. He told her that one of the doctors treating him spoke with an American accent. THOMAS explained to SALLY that they were only given phones at certain times while in the hospital. He was in the hospital for approximately five (5) weeks.

Following his time in the hospital, SALLY thought that THOMAS may come home. He seemed to be considering leaving al Shabaab, but ended up staying with the group.

THOMAS told SALLY about his American friend "KHALID". He told her that if anything were to happen to him, KHALID would call SALLY to notify her. Like THOMAS, KHALID spoke English. THOMAS said they were both in the hospital and could talk to one another. They had been injured together; KHALID had been shot and lost a finger (possibly his little finger) in the battle. THOMAS told SALLY that KHALID was born a Muslim and KHALID's mother was very proud of what he was doing in Somalia.

After leaving the hospital, THOMAS and KHALID moved to the same town. THOMAS got land and tried to live a normal life while he was recovering. THOMAS and KHALID both got married in approximately December 2012. After getting married, KHALID and his wife moved to another village. KHALID and his wife had a daughter. Even though KHALID moved to another village, SALLY got the impression that THOMAS and KHALID still saw each other, as they were both al Shabaab and were in the same group. KHALID's wife is Somali.

THOMAS told SALLY he could go back on duty at any time but did not know when. After approximately nine (9) months to one (1) year of recovering, THOMAS called SALLY to tell her that he was going back on duty for a few months. SALLY had no contact with THOMAS for the next nine months. When THOMAS returned from duty, he called SALLY to say he was back. He came back from duty shortly before the WESTGATE MALL Attack. [**writer's note**: The WESTGATE MALL Attack in Nairobi, Kenya occurred on September 21, 2013.]

THOMAS and SALLY discussed the WESTGATE MALL Attack on the telephone. THOMAS told SALLY it was "the will of Allah". He said he agreed with the attack and they argued about it. At this time, SALLY was having fairly regular contact with THOMAS--every few weeks.

   In December 2013, THOMAS called to tell SALLY about al Shabaab punishments.  THOMAS said he would go to the town center to watch public beatings and executions of non-Muslims.  THOMAS would tell SALLY that he was worried about her and MICHAEL going to hell and encouraged them to convert to Islam.

   The telephone calls stopped again for approximately eight (8) months.  Then THOMAS returned from duty for four months.  When THOMAS returned from duty this time, they talked on the telephone, but not as regularly.  THOMAS was more angry, harder, and less like the THOMAS that SALLY knew.  He explained to SALLY that he could be called back to duty at any time.

   On December 28, 2014, THOMAS called to say he had been called back to duty and would call the next day. This was the last time SALLY spoke to THOMAS; he did not call the next day.

   SALLY learned of THOMAS' death when a journalist from the LONDON TIMES called to ask how she felt about the death of her son.  When MICHAEL came home shortly after the phone call, he looked online and found a picture of THOMAS' body on the Internet.  The next day, SALLY called HOLLY GRAHAM of the SECTU.

   Following THOMAS' death, SALLY received hundreds of phone calls.  She had one call from Somalia.  The man on the other end of the line gave traditional Islamic greetings then spoke in what SALLY believed to be a foreign language.  They were not on the call for long.  SALLY told the man she could not understand him and the phone call was disconnected.  SALLY noted she could not remember who ended the call, her or the man on the other end of the call.  The man did not call back.

   THOMAS never mentioned ISIS, Syria, or being disillusioned with al Shabaab.

**THOMAS EVANS' contact information**

   THOMAS had the following telephone numbers while in Somalia: 252699270192 and 252616232889.  THOMAS called SALLY from telephone number 252616232445 on February 20, 2013.  When she attempted to call him back on the number, THOMAS told her it was his friend's phone number and seemed very upset that SALLY had called it.

   THOMAS used email account abdul_hakim@live.co.uk.

**THOMAS EVANS' Wife**

   SALLY spoke to THOMAS' wife, SUUDO, over the telephone via an

interpreter following THOMAS' death. SUUDO was very cold to SALLY and did not understand why SALLY was upset by THOMAS' death. Prior to THOMAS' death, SALLY had spoken with SUUDO via an interpreter. SUUDO had asked SAALY for money in January 2015, which SALLY refused.

SUUDO was approximately 13-14 years old when she married THOMAS. SUUDO's telephone numbers are 252616723355 and 252617402979.

SALLY also spoke with SUUDO's mother, MARIUM, in Sweden. MARIUM was not happy that SUUDO had married THOMAS. MARIUM told SALLY that SUUDO was forced into the marriage by al Shabaab. MARIUM had left Somalia after being shot in face by al Shabaab.

**MICHAEL EVANS**

MICHAEL and THOMAS spoke a lot when THOMAS first left the UK. As time went on, they talked less. Near the end of THOMAS' life, MICHAEL had stopped talking to THOMAS.